**Claim Chart for U.S. Patent No. 7,035,279 | Claim 1 | Cisco**

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| In a communication network that includes a plurality of nodes interconnected by links, the nodes including at least first and second nodes, a method for routing a data flow, comprising: | To the extent the preamble is limiting, Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, establish a communication network that includes a plurality of nodes interconnected by links, the nodes including at least first and second nodes, that performs a method for routing a data flow.<br><br>**Introduction**<br>This document describes the Quality-of-Service (QoS) and queuing architecture of the Cisco® Catalyst® 9000 family of switches. It explains the buffer, scheduling, policing, and remarking features. It provides details on how to manage the buffer sharing between multiple ports, on how AutoQoS can simplify deployments, and on how to specify custom QoS policies to meet application requirements.<br><br>*See e.g.*, Cisco Catalyst 9000 Switching Platforms: QoS and Queuing at 3 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/white-paper-c11-742388.pdf).<br><br>• **Many to one:** When multiple source ports are sending toward a single destination at the same time, the destination port can get congested with the amount of traffic it is receiving from multiple sources.<br><br>*Id*. at p. 4.<br><br>As shown in Figure 4, the Cisco Industrial Ethernet switches (IE3400, IE330, IE5000) are connected to smart sensors, lights, and machine vision cameras, throughout the municipality. These switches are in turn connected in a ring topology that spans several kilometers and terminates at the Catalyst 9000 switch at the head end. Given that these network links are exposed to the harsh elements of nature, I-Temp optics are needed to ensure that the connections between the Industrial Ethernet switches is highly reliable.<br><br>*See e.g.*, Deploying Industrial Temperature-Rated Equipment for Reliable Network Operation at 6 (available at https://www.cisco.com/c/en/us/products/collateral/interfaces-modules/transceiver-modules/white-paper-c11-2370241.html). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | <br>*Id.* |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| allocating a respective number of quanta of one or more resources in the network to each of the nodes; | The Cisco Catalyst 9000 Switches perform the step of allocating a respective number of quanta of one or more resources in the network to each of the nodes.<br><br>• Control over resources such as bandwidth, rate-limiting, and so on. For example, you can limit bandwidth consumed over a link by FTP transfers or give priority to an important database access.<br><br>*See e.g.*, Cisco Catalyst 9000 Switching Platforms: QoS and Queuing at 3 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/white-paper-c11-742388.pdf).<br><br>**Why WRR?** A normal round robin algorithm will alternate between transmit queues, sending an equal number of packets from each queue before moving to the next queue. The weighted aspect of WRR allows the scheduling algorithm to inspect a weighting that has been assigned to each queue. This weighting defines how much bandwidth each queue has access to. The WRR scheduling algorithm will empty out more data from queues with a higher weighting (each interval) than other queues, thus providing a bias for designated queues.<br><br>*Id*. at p. 26. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | <br>*Id*. at p. 27. |
| receiving a request at the first node to use a portion of the resources so as to carry the data flow between the first and second nodes over one of a plurality of paths there between, each such path comprising a | The Cisco Catalyst 9000 Switches perform the step receiving a request at the first node to use a portion of the resources so as to carry the data flow between the first and second nodes over one of a plurality of paths there between, each such path comprising a respective sequence of the links. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| respective sequence of the links; and | **Per-port and global shared buffer pools:** DTS manages two sets of shared pools:<br>• **Global:** Allows buffer sharing between ports. This pool uses the prefix "Global" in front of the parameter. For example: GlblSMin.<br>• **Between port queues:** Allows buffer sharing between port queues. This pool uses the prefix "Port" in front of the parameter. For example: PortSMin, PortStEnd.<br>When a port queue buffer needs adjusting, two independent adjustments are requested: from the global pool and from the port shared pool. The occupancy of the global pool and port pool are checked, and the port queue will take the adjustment from the shared pool that gives the larger adjustment and use it to absorb the micro-burst.<br><br>*Id*. at p. 34. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | <br>*See e.g.*, Deploying Industrial Temperature-Rated Equipment for Reliable Network Operation at 6 (available at https://www.cisco.com/c/en/us/products/collateral/interfaces-modules/transceiver-modules/white-paper-c11-2370241.html). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | The algorithm places each router at the root of a tree and calculates the shortest path to each destination based on the cumulative cost required to reach that destination.<br><br>Each router has its own view of the topology even though all the routers build a shortest path tree which uses the same link-state database. These sections indicate what is involved in the creation of a shortest path tree.<br><br>*See e.g.*, Understand Open Shortest Path First (OSPF) - Design Guide at 4 (available at https://www.cisco.com/c/en/us/support/docs/ip/open-shortest-path-first-ospf/7039-1.pdf). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
| --- | --- |
| | <br><br>*Id*. at p. 5. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Tunnel Reoptimization and Path Option Selection**<br><br>Reoptimization occurs when a device with traffic engineering tunnels periodically examines tunnels with established LSPs to learn if better LSPs are available. If a better LSP seems to be available, the device attempts to signal the better LSP. If the signaling is successful, the device replaces the older LSP with the new, better LSP.<br><br>Reoptimization can be triggered by a timer, the issuance of an **mpls traffic-eng reoptimize** command, or a configuration change that requires the signalling of a tunnel. The MPLS AutoBandwidth feature, for example, uses a timer to set the frequency of reoptimization based on the bandwidth path option attribute. The Path Option for Bandwidth Override feature allows for the switching between bandwidth configured on the TE tunnel interface and bandwidth configured on a specific path option. This increases the success of signaling an LSP for the TE tunnel.<br><br>With bandwidth override configured on a path option, the traffic engineering software attempts to reoptimize the bandwidth every 30 seconds to reestablish the bandwidth configured on the tunnel (see the Configuring a Path Option for Bandwidth Override section).<br><br>You can disable reoptimization of an LSP with the **lockdown** command in an LSP Attribute list. You can apply the LSP Attribute list containing the **lockdown** command to a path option with the **tunnel mpls traffic-eng path-option** command.<br><br>Multiprotocol Label Switching (MPLS) Configuration Guide, Cisco IOS XE Cupertino 17.9.x (Catalyst 9300 Switches) at 226 (available at https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/17-9/configuration_guide/mpls/b_179_mpls_9300_cg.html)<br><br>The Cisco IOS command-line interface (CLI) is the primary user interface used for configuring, monitoring, and maintaining Cisco devices. This user interface allows you to directly and simply execute Cisco IOS commands, whether using a router console or terminal, or using remote access methods.<br><br>Using the Cisco IOS Command-Line Interface at 1 (available at https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/fundamentals/configuration/15mt/fundamentals-15-mt-book/cf-cli-basics.html) |
| in response to the request: if the resources already allocated to the first node on one of the | The Cisco Catalyst 9000 Switches perform the step of in response to the request: if the resources already allocated to the first node on one of the paths are sufficient, directing the data flow from the first node to the second node over the one of the paths without requesting additional resources. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| paths are sufficient, directing the data flow from the first node to the second node over the one of the paths without requesting additional resources; and | You can use the **bandwidth percent** policy-map class command to allocate a minimum bandwidth to a particular class. The total sum cannot exceed 100 percent and in case the total sum is less than 100 percent, then the rest of the bandwidth is divided equally among all bandwidth queues.<br><br>*See e.g.*, Quality of Service Configuration Guide, Cisco IOS XE Everest 16.6.x (Catalyst 9300 Switches) at 49 (available at https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/16-6/configuration_guide/qos/b_166_qos_9300_cg.pdf).<br><br>When a packet enters the UADP ASIC, it goes to the MACsec block for decryption. Next, the ingress FIFO is used to create a copy of the packet, and while the packet is stored unchanged in the Packet Buffer Complex (PBC), the Ingress Forwarding Controller (IFC) will do multiple parallel lookups and will store the lookup results in the descriptor.<br>• If the packet needs to go over the stack, it will be sent over the Ingress Queue Scheduling (IQS) block and received from the stack by the Stack Queuing and Scheduling (SQS) block.<br>• If the packet will be sent over the same ASIC, it will skip the stack interface.<br><br>*See e.g.*, Cisco Catalyst 9000 Switching Platforms: QoS and Queuing at 13 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/white-paper-c11-742388.pdf). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | <br>*See e.g.*, Deploying Industrial Temperature-Rated Equipment for Reliable Network Operation at 6 (available at https://www.cisco.com/c/en/us/products/collateral/interfaces-modules/transceiver-modules/white-paper-c11-2370241.html). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| if the resources already allocated to the first node are insufficient, performing the following steps: requesting an increase in an allocation to the first node of the requested resources; | The Cisco Catalyst 9000 Switches perform the step of in response to the request … if the resources already allocated to the first node are insufficient, performing the following steps: requesting an increase in an allocation to the first node of the requested resources.<br><br>You can use the **bandwidth percent** policy-map class command to allocate a minimum bandwidth to a particular class. The total sum cannot exceed 100 percent and in case the total sum is less than 100 percent, then the rest of the bandwidth is divided equally among all bandwidth queues.<br><br>*See e.g.*, Quality of Service Configuration Guide, Cisco IOS XE Everest 16.6.x (Catalyst 9300 Switches) at 49 (available at https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/16-6/configuration_guide/qos/b_166_qos_9300_cg.pdf).<br><br>When a packet enters the UADP ASIC, it goes to the MACsec block for decryption. Next, the ingress FIFO is used to create a copy of the packet, and while the packet is stored unchanged in the Packet Buffer Complex (PBC), the Ingress Forwarding Controller (IFC) will do multiple parallel lookups and will store the lookup results in the descriptor.<br>• If the packet needs to go over the stack, it will be sent over the Ingress Queue Scheduling (IQS) block and received from the stack by the Stack Queuing and Scheduling (SQS) block.<br>• If the packet will be sent over the same ASIC, it will skip the stack interface.<br><br>*See e.g.*, Cisco Catalyst 9000 Switching Platforms: QoS and Queuing at 13 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/white-paper-c11-742388.pdf). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Per-port and global shared buffer pools:** DTS manages two sets of shared pools:<br>• **Global:** Allows buffer sharing between ports. This pool uses the prefix "Global" in front of the parameter. For example: GlblSMin.<br>• **Between port queues:** Allows buffer sharing between port queues. This pool uses the prefix "Port" in front of the parameter. For example: PortSMin, PortStEnd.<br>When a port queue buffer needs adjusting, two independent adjustments are requested: from the global pool and from the port shared pool. The occupancy of the global pool and port pool are checked, and the port queue will take the adjustment from the shared pool that gives the larger adjustment and use it to absorb the micro-burst.<br><br>*Id.* at 34. |
| determining, for the links comprised by each of the paths, respective levels of use of the requested resources due to communications in progress over the network; | The Cisco Catalyst 9000 Switches perform the step of in response to the request … if the resources already allocated to the first node are insufficient … determining, for the links comprised by each of the paths, respective levels of use of the requested resources due to communications in progress over the network.<br><br>The algorithm places each router at the root of a tree and calculates the shortest path to each destination based on the cumulative cost required to reach that destination.<br><br>Each router has its own view of the topology even though all the routers build a shortest path tree which uses the same link-state database. These sections indicate what is involved in the creation of a shortest path tree.<br><br>*See e.g.*, Understand Open Shortest Path First (OSPF) - Design Guide at 4 (available at https://www.cisco.com/c/en/us/support/docs/ip/open-shortest-path-first-ospf/7039-1.pdf). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Per-port and global shared buffer pools:** DTS manages two sets of shared pools:<br>• **Global:** Allows buffer sharing between ports. This pool uses the prefix "Global" in front of the parameter. For example: GlblSMin.<br>• **Between port queues:** Allows buffer sharing between port queues. This pool uses the prefix "Port" in front of the parameter. For example: PortSMin, PortStEnd.<br>When a port queue buffer needs adjusting, two independent adjustments are requested: from the global pool and from the port shared pool. The occupancy of the global pool and port pool are checked, and the port queue will take the adjustment from the shared pool that gives the larger adjustment and use it to absorb the micro-burst.<br><br>*See e.g.*, Cisco Catalyst 9000 Switching Platforms: QoS and Queuing at 34 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/white-paper-c11-742388.pdf). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | <br>*See e.g.*, Deploying Industrial Temperature-Rated Equipment for Reliable Network Operation at 6 (available at https://www.cisco.com/c/en/us/products/collateral/interfaces-modules/transceiver-modules/white-paper-c11-2370241.html). |

| **Claim Element** | **Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family)** |
|---|---|
| selecting which of the paths is to carry the data flow responsive to the determined levels of use of the requested resources on the links comprised in each of the paths; and | The Cisco Catalyst 9000 Switches perform the step of in response to the request … if the resources already allocated to the first node are insufficient … selecting which of the paths is to carry the data flow responsive to the determined levels of use of the requested resources on the links comprised in each of the paths.<br><br>The algorithm places each router at the root of a tree and calculates the shortest path to each destination based on the cumulative cost required to reach that destination.<br><br>Each router has its own view of the topology even though all the routers build a shortest path tree which uses the same link-state database. These sections indicate what is involved in the creation of a shortest path tree.<br><br>*See e.g.*, Understand Open Shortest Path First (OSPF) - Design Guide at 4 (available at https://www.cisco.com/c/en/us/support/docs/ip/open-shortest-path-first-ospf/7039-1.pdf).<br><br>**Per-port and global shared buffer pools:** DTS manages two sets of shared pools:<br>• **Global:** Allows buffer sharing between ports. This pool uses the prefix "Global" in front of the parameter. For example: GlblSMin.<br>• **Between port queues:** Allows buffer sharing between port queues. This pool uses the prefix "Port" in front of the parameter. For example: PortSMin, PortStEnd.<br>When a port queue buffer needs adjusting, two independent adjustments are requested: from the global pool and from the port shared pool. The occupancy of the global pool and port pool are checked, and the port queue will take the adjustment from the shared pool that gives the larger adjustment and use it to absorb the micro-burst.<br><br>*See e.g.*, Cisco Catalyst 9000 Switching Platforms: QoS and Queuing at 34 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/white-paper-c11-742388.pdf). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
| --- | --- |
| | <br>*See e.g.*, Understand Open Shortest Path First (OSPF) - Design Guide at 5 (available at https://www.cisco.com/c/en/us/support/docs/ip/open-shortest-path-first-ospf/7039-1.pdf). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| increasing the allocation of the resources to the first node on the selected path by a predetermined quantum. | The Cisco Catalyst 9000 Switches perform the step of in response to the request … if the resources already allocated to the first node are insufficient … increasing the allocation of the resources to the first node on the selected path by a predetermined quantum.<br><br>There are five members of the Cisco Catalyst 9000 family–the 9200 Series, the 9300 Series stackable switches, the 9400 Series modular chassis, the 9500 Series and 9500 Series High Performance fixed-configuration core switches, and the 9600 Series. The sections that follow discuss these platforms from a QoS architecture point of view.<br><br>*See e.g.*, Cisco Catalyst 9000 Switching Platforms: QoS and Queuing at 6 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/white-paper-c11-742388.pdf).<br><br>**Per-port and global shared buffer pools:** DTS manages two sets of shared pools:<br>• **Global:** Allows buffer sharing between ports. This pool uses the prefix "Global" in front of the parameter. For example: GlblSMin.<br>• **Between port queues:** Allows buffer sharing between port queues. This pool uses the prefix "Port" in front of the parameter. For example: PortSMin, PortStEnd.<br>When a port queue buffer needs adjusting, two independent adjustments are requested: from the global pool and from the port shared pool. The occupancy of the global pool and port pool are checked, and the port queue will take the adjustment from the shared pool that gives the larger adjustment and use it to absorb the micro-burst.<br><br>*See e.g.*, Cisco Catalyst 9000 Switching Platforms: QoS and Queuing at 34 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/white-paper-c11-742388.pdf). |