**Claim Chart for U.S. Patent No. 7,420,922 | Claim 1 | Cisco Catalyst 9000 Series Switches**

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| 1. A method for controlling a network that includes a manager node and a plurality of other nodes, which are interconnected by communication links, the method comprising: | To the extent the preamble is limiting, Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, perform a method for controlling a network that includes a manager node and a plurality of other nodes, which are interconnected by communication links.<br><br>As the wired and wireless Gigabit evolution begins at the access layer, user and application demands will increase to high-speed, low-latency data switching for optimal performance. Cisco has built a system architecture to support such innovations. The Cisco Catalyst 9000 family of switches were developed to meet these demands. The Cisco Catalyst 9000 family is completely revamped with modular Cisco IOS® Software (Cisco IOS XE) and a flexible Application-Specific Integrated Circuit (ASIC), called the Cisco Unified Access® Data Plane (UADP), with an x86 CPU to handle the future needs of the network. Cisco Catalyst 9300 Series Switches with Cisco StackWise®-1T,Cisco StackWise®-480 and StackWise®-320 offer platform, software, and network resiliency at the access layer. The 9300 Series is the industry's highest-density stacking bandwidth solution with flexible uplink architecture. This white paper talks in detail about the benefits and architecture of StackWise-1T, StackWise-480 and StackWise-320.<br><br>**Introduction to StackWise**<br><br>The StackWise architecture allows stacking of up to eight switches in a ring topology to achieve 1T, 480G or 320G of stack bandwidth. The stacking architecture expands form factor, switching capacity, port density, and redundancy as well as providing a single control plane. This architecture provides resiliency, scalability, and central management. The latest Cisco Catalyst 9300 Series Switches support StackWise-1T/480/320. This technology is flexible, modular, and evolutionary, and it delivers Cisco IOS XE feature capabilities with hardware acceleration to every port in the stack.<br><br>Cisco Catalyst 9300 Series Switches come in data, Power over Ethernet (PoE), Cisco Universal Power over Ethernet (Cisco UPOE®), and Multigigabit versions. Cisco Catalyst 9300 Series Switches is made up of modular uplink switch models and fixed uplink switch models. Modular uplink models of the Catalyst 9300X support StackWise-1T whereas modular uplink models of the Catalyst 9300 support Stackwise-480 and fixed uplink models support Stackwise-320. The hardware design of each model is cost-effective to support different network capacity load and switching performance.<br><br>Up to a maximum of eight switches can be stacked together physically in a ring topology to form a single, unified, virtual stack system. A Cisco Catalyst 9300 Series Switch, when deployed in StackWise-1T/480/320 mode, has been designed to deliver deterministic and nonblocking switching performance to a maximum port density of 448 ports with a distributed data plane, single control plane, and management plane. The switching performance delivers hardware-accelerated, integrated borderless network services such as PoE, PoE+, Cisco UPOE, Quality of Service (QoS), Access Control Lists (ACLs), Flexible NetFlow, Cisco Encrypted Traffic Analytics (ETA), streaming telemetry, and many more services on every port. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/white-paper-c11-741468.html<br><br>Depending on the requirement of each switch in the stack, a Cisco Catalyst 9300 Series Switch provides the flexibility for mixed-mode support between different models in a single stack ring. You can mix switches with different model variants (PoE, Cisco UPOE, data, Multigigabit) and different network modules in the stack.<br><br>Figure 1 shows the StackWise-1T/480/320 technology when four switches are part of the stack. Figure 2 shows simplified physical and logical views of a stack.<br><br><br>**Figure 1.**<br>Cisco Catalyst 9300 Series StackWise-1T/480/320 technology<br><br><br>**Figure 2.**<br>Simplified Cisco Catalyst 9300 Series physical and logical views |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/white-paper-c11-741468.html<br><br>**Information About Switch Stacks**<br><br>**Switch Stack Overview**<br><br>A switch stack can have up to eight stacking-capable switches connected through their StackWise-480 ports. Note that Cisco Catalyst 9300L series switches connect through their StackWise-320 ports.The stack members work together as a unified system. Layer 2 and Layer 3 protocols present the entire switch stack as a single entity to the network.<br><br>A switch stack always has one active switch and one standby switch. If the active switch becomes unavailable, the standby switch assumes the role of the active switch, and continues to the keep the stack operational.<br><br>The active switch controls the operation of the switch stack, and is the single point of stack-wide management.<br><br>From the active switch, you configure:<br>• System-level (global) features that apply to all stack members<br>• Interface-level features for each stack member<br><br>The active switch contains the saved and running configuration files for the switch stack. The configuration files include the system-level settings for the switch stack and the interface-level settings for each stack member. Each stack member has a current copy of these files for back-up purposes.<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | (see below) |

## Switch models and configurations

Table 1. Product family configurations

| Model | Modular uplinks and speeds | Stacking bandwidth support | Multigigabit density | Cisco StackPower | Hardware-based IPsec | App hosting capacity |
|---|---|---|---|---|---|---|
| **Catalyst 9300X** | 10G, 25G, 40G, Multigigabit, and 100G | Stackwise-1T (480G when stacking with a Catalyst 9300 model) | 48x 10G | ✓ (larger power budget) | Up to 100G IPsec* | ✓ (2x hosting resources compared to Catalyst 9300 models) |
| **Catalyst 9300** | 10G, 25G, 40G and Multigigabit | Stackwise-480 | 48x 5G and 24x 10G | ✓ | ✕ | ✓ |
| **Catalyst 9300L** | ✕ | Stackwise-320 | 12x 10G | ✕ | ✕ | ✓ |
| **Catalyst 9300LM** | ✕ | Stackwise-320 | 8x 10G | ✕ | ✕ | ✓ |

* Need to order HSEC key for IPsec feature.

The Cisco Catalyst 9300 Series consists of 19 modular uplink switch models and 14 fixed uplink switch models.



Figure 1. Cisco Catalyst 9300 Series Switches

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/nb-06-cat9300-ser-data-sheet-cte-en.html

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Accessing the CLI**<br><br>You can access the CLI through a console connection, through Telnet, or by using the browser.<br><br>You manage the switch stack and the switch member interfaces through the active switch. You cannot manage switch stack members on an individual switch basis. You can connect to the active switch through the console port or the Ethernet management port of one or more switch members. Be careful with using multiple CLI sessions to the active switch. Commands you enter in one session are not displayed in the other sessions. Therefore, it is possible to lose track of the session from which you entered commands.<br><br>**Note** We recommend using one CLI session when managing the switch stack.<br><br>If you want to configure a specific switch member port, you must include the switch member number in the CLI command interface notation.<br><br>To debug a specific switch member, you can access it from the active switch by using the **session** *stack-member-number* privileged EXEC command. The switch member number is appended to the system prompt. For example, *Switch-2#* is the prompt in privileged EXEC mode for switch member 2, and where the system prompt for the active switch is Switch. Only the **show** and **debug** commands are available in a CLI session to a specific switch member.<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/command_reference/b_26x_9300_cr.pdf |
| arranging the nodes to communicate with one another over segments of the network at multiple different data rates, comprising at | Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, arrange the nodes to communicate with one another over segments of the network at multiple different data rates, comprising at least a first rate and a second rate, each segment connecting a different, respective pair of the nodes.<br><br>**Overview of High Speed Stacking**<br><br>High Speed Stacking allows you to configure the bandwidth of the SIF ports on a stack to 1Tbps. High Speed stacking is applicable only when all the switches in a stack are Catalyst 9300X switches.<br><br>You can use the configuration command **switch stack-speed** [ **high** \| **low** ] to configure the bandwidth of the SIF ports from 480Gbps (legacy mode) to 1Tbps (high speed mode). You need to reload the stack after the command is issued. |

Claim Chart for U.S. Patent No. 7,420,922 | Claim 1 | Cisco

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
| --- | --- |
| least a first rate and a second rate, each segment connecting a different, respective pair of the nodes; | https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf<br><br>Depending on the requirement of each switch in the stack, a Cisco Catalyst 9300 Series Switch provides the flexibility for mixed-mode support between different models in a single stack ring. You can mix switches with different model variants (PoE, Cisco UPOE, data, Multigigabit) and different network modules in the stack.<br><br>Figure 1 shows the StackWise-1T/480/320 technology when four switches are part of the stack.<br>Figure 2 shows simplified physical and logical views of a stack.<br><br><br><br><br>**Figure 1.**<br>Cisco Catalyst 9300 Series StackWise-1T/480/320 technology<br><br><br><br><br>**Figure 2.**<br>Simplified Cisco Catalyst 9300 Series physical and logical views<br><br>https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/white-paper-c11-741468.html |

Claim Chart for U.S. Patent No. 7,420,922 | Claim 1 | Cisco

## Stacking architecture

### Ring architecture

When the stack is operating in a full ring, it can deliver high-speed performance throughput of 1T/480/320 by each stack-member switch. This multifold performance improvement is possible by combining the new internal UADP ASIC and dual stack ports.

The high-speed backplane of the Cisco Catalyst 9300 Series stack-ring fabric is constructed by daisy-chaining the stack-member switches with Cisco proprietary cables that connect rear-side stack ports. The Cisco stack fabric consists of six unidirectional data transmission rings.

Figure 7, 8 and 9 provides a graphical illustration of the 9300 Series StackWise-1T/480/320 internal forwarding architecture.




**Figure 7.**
Cisco Catalyst 9300X StackWise-1T internal forwarding architecture (Modular Uplink Models)




**Figure 8.**
Cisco Catalyst 9300 StackWise-480 internal forwarding architecture (Modular Uplink Models)




**Figure 9.**
Cisco 9300L/9300LM Stackwise-320 internal forwarding architecture (Fixed Uplink Models)

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/white-paper-c11-741468.html |

## Stack operations

### Switch addition

When adding a new switch to the stack, stack cables have to be connected appropriately prior to powering on the switch. The stack will operate at half bandwidth until the newly added switch has been powered on and has been discovered as a member. Once the switch had been discovered and is part of the stack, the stack ring transitions to the “Full” state.

The following output shows that the stack is in “Half” ring state until the newly added switch is discovered.

```
9300-STACK#show switch stack-ring speed
Stack Ring Speed                : 240G
Stack Ring Configuration        : Half
Stack Ring Protocol             : StackWise
```

Figure 13 shows the stack cabling when three switches are operating in StackWise-1T/480/320.




**Figure 13.**
Stack with three switches

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/white-paper-c11-741468.html

<table>
<tr><th>Claim Element</th><th>Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family)</th></tr>
<tr><td>exchanging validation messages between the manager node and the other nodes, while the nodes are configured to communicate at the first rate, in order to verify that the nodes can be reconfigured to communicate at the second rate;</td><td>
Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, exchange validation messages between the manager node and the other nodes, while the nodes are configured to communicate at the first rate, in order to verify that the nodes can be reconfigured to communicate at the second rate.

Stack Manager and High Availability Commands
show switch stack-ring speed

<h2>show switch stack-ring speed</h2>

To display the current switch stack ring speed and the speed after the next reload, use the show switch stack-speed command in the Privileged EXEC mode.

show switch stack-ring speed

<table>
<tr><td>Syntax Description</td><td>speed</td><td>Displays the current switch stack ring speed and the speed after the next reload.</td></tr>
<tr><td>Command Default</td><td colspan="2">None</td></tr>
<tr><td>Command Modes</td><td colspan="2">Privileged EXEC</td></tr>
<tr><td>Command History</td><td>Release</td><td>Modification</td></tr>
<tr><td></td><td>Cisco IOS XE Bengaluru 17.5.1</td><td>This command was introduced.</td></tr>
</table>

The following example shows a sample output for the switch stack-ring speed command.

<pre>
Device#show switch stack-ring speed
Stack Ring Speed : 1000G
Stack Ring Configuration: Full
Stack Ring Protocol : StackWise
Stack Ring Next-boot Speed: 1000G.
</pre>

https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/17-15/command_reference/b_1715_9300_cr/stack_manager_and_high_availability_commands.pdf
</td></tr>
</table>

<table>
<tr><th>Claim Element</th><th>Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family)</th></tr>
<tr><td></td><td>
Stack Manager and High Availability Commands<br>
show switch stack-bandwidth<br><br>
show switch stack-bandwidth<br><br>
to display the current switch stack bandwidth and the bandwidth after the next reload, use the show switch stack-bandwidth command in the Privileged EXEC mode.<br><br>
show switch stack-bandwidth<br><br>
Syntax Description: stack-bandwidth — Displays the current switch stack bandwidth and the bandwidth after the next reload.<br><br>
Command Default: None.<br><br>
Command Modes: Privileged EXEC<br><br>
Command History: Release — Modification<br>
Cisco IOS XE Bengaluru 17.5.1 — This command was introduced.<br><br>
The following example shows the sample output for show switch stack-bandwidth command.<br><br>
Device#show switch stack-bandwidth<br>
Stack Current Next-boot<br>
Switch# Role Bandwidth State Bandwidth<br>
------------------------------------------------------------<br>
*1 Active 480G Ready 1000G<br>
2 Standby 480G Ready 1000G<br>
3 Member 480G Ready 1000G<br><br>
https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/17-15/command_reference/b_1715_9300_cr/stack_manager_and_high_availability_commands.pdf
</td></tr>
</table>

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | This is an example output from the **show switch stack-ports detail** command. |

```
Device# show switch stack-ports detail
1/1 is OK Loopback No
Cable Length 50cm     Neighbor 2
Link Ok Yes Sync Ok Yes Link Active Yes
Changes to LinkOK 1
 Five minute input rate 430998 packets/sec
 Five minute output rate 100989 packets/sec
     2198108 packets input, 17584864 bytes
     553113 packets output, 4424904 bytes
 CRC Errors
            Data CRC 0
        Ringword CRC 0
        InvRingWord  0
```

**ck Manager and High Availability Commands**

**High Availability Commands**

```
            PcsCodeWord 0
   1/2 is OK Loopback No
   Cable Length 50cm     Neighbor 3
   Link Ok Yes Sync Ok Yes Link Active Yes
   Changes to LinkOK 1
    Five minute input rate 743042 packets/sec
    Five minute output rate 79830 packets/sec
        3765816 packets input, 30126528 bytes
        439001 packets output, 3512008 bytes
    CRC Errors
               Data CRC 0
           Ringword CRC 0
           InvRingWord  0
            PcsCodeWord 0
   …..
   ….
   …
   ….
```

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/17-15/command_reference/b_1715_9300_cr/stack_manager_and_high_availability_commands.pdf |

# show switch stack-mode

To display and verify the current stack mode on a device, use the **show switch stack-mode** command in priviledged EXEC mode.

**show switch stack-mode**

**Command Default** None

**Command Modes** priviledged EXEC

**Command History**

| Release | Modification |
|---|---|
| Cisco IOS XE Everest 16.6.1 | This command was introduced. |

**Usage Guidelines** The **show switch stack-mode** command displays detailed status of the currently running stack mode. Fields dispalyed for each one of the devices in the stack include: the role of the device, its MAC address, the stack mode after reboot, the current stack mode, and so on.

```
Device# show switch stack-mode
Switch  Role    Mac Address    Version  Mode   Configured  State
---------------------------------------------------------------
1       Member 3c5e.c357.c880           1+1'   Active'     Ready
*2      Active 547c.69de.cd00   V05     1+1'   Standby'    Ready
3       Member 547c.6965.cf80   V05     1+1'   Member'     Ready
```

The Mode field indicates the current stack mode

The Configured field refers to the device state expected after a reboot.

Single quotation marks ( ' ) indicate that the stack mode has been changed.

https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/17-15/command_reference/b_1715_9300_cr/stack_manager_and_high_availability_commands.pdf

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | ```<br>------------------ show switch detail ------------------<br><br>Switch/Stack Mac Address : 046c.9d1e.f380 - Local Mac Address<br>Mac persistency wait time: Indefinite<br>                                           H/W   Current<br>Switch#   Role     Mac Address      Priority Version  State<br>-------------------------------------------------------------------------------------<br>*1        Active   046c.9d1e.f380     1                Ready<br> 2        Member   0c75.bd11.5d80     1       V01      Ready<br> 3        Standby  0c75.bd11.59ff     1       P1A      Ready<br><br>          Stack Port Status             Neighbors<br>Switch#   Port 1     Port 2           Port 1   Port 2<br>--------------------------------------------------------<br>  1          OK         OK               3        2<br>  2          OK         OK               1        3<br>  3          OK         OK               2        1<br>```<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/17-15/command_reference/b_1715_9300_cr/stack_manager_and_high_availability_commands.pdf<br><br>**Manufacture Default Stack Bootup with High Speed Stacking**<br><br>When a stack boots up in the manufacture default configuration, it always boots up with the lowest speed among members. If the stack is homogenous and consists of only Catalyst 9300X switches capable of High Speed Stacking, a script running on the active switch determines that all the switches are capable of high speed. The active switch configures the stack to high speed and initiates a second round of reloads. After the second reload all the members of the stack load with high speed configured. The stack becomes a high speed ring. The homogenous stack of Catalyst 9300X switches must be a full ring stack for the automatic script to work. The script will work automatically within the first 15 minutes of uptime only.<br><br>You can use the command **show switch stack-ring speed** to display the current speed of the stack ring and what the speed will be after the next reboot.<br><br>You can use the command **show switch stack-bandwidth** to display the current stack bandwidth and what the bandwidth will be after the next reboot.<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | (reproduced document below) |

# Configuring High Speed Stacking

To configure High Speed Stacking, perform this procedure.

**Procedure**

| | Command or Action | Purpose |
|---|---|---|
| **Step 1** | **enable**<br>**Example:**<br>`Device> enable` | Enables privileged EXEC mode. Enter your password if prompted. |
| **Step 2** | **configure terminal**<br>**Example:**<br>`Device# configure terminal` | Enters global configuration mode. |
| **Step 3** | **switch stack-speed** [**high** \| **low**]<br>**Example:**<br>`Device(config)# switch stack-speed high` | Configures the stack speed to high (1Tbps) or low (480Gbps). The configuration requires a reload to take effect. |
| **Step 4** | **end**<br>**Example:**<br>`Device(config)# end` | Returns to privileged EXEC mode. |
| **Step 5** | **show switch stack-ring speed**<br>**Example:**<br>`Device# show switch stack-ring speed` | Displays the current stack ring speed and the stack ring speed after the next reload. |
| **Step 6** | **show switch stack-bandwidth** | Displays the current stack bandwidth and the stack bandwidth after the next reload. |

https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Switch Stack Configuration Files**<br><br>The active switch has the saved and running configuration file for the switch stack. The standby switch automatically receives the synchronized running configuration file. Stack members receive synchronized copies when the running configuration file is saved into the startup configuration file. If the active switch becomes unavailable, the standby switch takes over with the current running configuration.<br><br>The active switch has the saved and running configuration files for the switch stack. All stack members periodically receive synchronized copies of the configuration files from the active switch. If the active switch becomes unavailable, any stack member assuming the role of active switch has the latest configuration files.<br><br>The configuration files record these settings:<br>• System-level (global) configuration settings such as IP, STP, VLAN, and SNMP settings that apply to all stack members<br>• Stack member interface-specific configuration settings that are specific for each stack member<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf |

**Monitoring the Device Stack**

*Table 1: Commands for Displaying Stack Information*

| Command | Description |
|---|---|
| **show switch** | Displays summary information about the stack, including the status of provisioned switches and switches in version-mismatch mode. |
| **show switch** *stack-member-number* | Displays information about a specific member. |
| **show module** | Displays summary informaton about the stack. |
| **show switch detail** | Displays detailed information about the stack. |
| **show switch neighbors** | Displays the stack neighbors. |
| **show switch stack-ports [summary]** | Displays port information for the stack. Use the **summary** keyword to display the stack cable length, the stack link status, and the loopback status. |
| **show switch stack-ports [detail]** | Displays the stack link status and information for each stack member. Use the **detail** keyword to display the stack interface status, errors, drops, packet transmission and bandwidth details. |
| **show redundancy** | Displays the redundant system and the current processor information. The redundant system information includes the system uptime, standby failures, switchover reason, hardware, configured and operating redundancy mode. The current processor information displayed includes the active location, the software state, the uptime in the current state and so on. |
| **show redundancy state** | Displays all the redundancy states of the active and standby devices. |

https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | (see below) |

### show switch stack-ports summary Command Output: Example

Only Port 1 on stack member 2 is disabled.

```
# show switch stack-ports summary
  #/  Stack   Neighbor  Cable    Link   Link  Sync      #        In
  Port#    Port              Length   OK   Active   OK   Changes  Loopback
         Status                                       To LinkOK
  --------  ------  --------  --------  ----  ------  ----  ---------  --------
    1/1     OK         3      50 cm    Yes    Yes    Yes       1        No
    1/2     Down      None    3 m      Yes    No     Yes       1        No
    2/1     Down      None    3 m      Yes    No     Yes       1        No
    2/2     OK         3      50 cm    Yes    Yes    Yes       1        No
    3/1     OK         2      50 cm    Yes    Yes    Yes       1        No
    3/2     OK         1      50 cm    Yes    Yes    Yes       1        No
```

***Table 3: show switch stack-ports summary Command Output***

| Field | Description |
|---|---|
| Switch#/Port# | Member number and its stack port number. |
| Stack Port Status | Status of the stack port.<br>• Down—A cable is detected, but either no connected neighbor is up, or the stack port is disabled.<br>• OK—A cable is detected, and the connected neighbor is up. |
| Neighbor | Switch number of the active member at the other end of the stack cable. |
| Cable Length | Valid lengths are 50 cm, 1 m, or 3 m.<br>If the switch cannot detect the cable length, the value is *no cable*. The cable might not be connected, or the link might be unreliable.<br>When there is no cable connected to the stack port, the value displayed is *no cable* along with the cable length value. |
| Link OK | Whether the stack cable is connected and functional. There may or may not be a neighbor connected on the other end.<br>The *link partner* is a stack port on a neighbor switch.<br>• No—There is no stack cable connected to this port or the stack cable is not functional.<br>• Yes—There is a functional stack cable connected to this port. |
| Link Active | Whether a neighbor is connected on the other end of the stack cable.<br>• No—No neighbor is detected on the other end. The port cannot send traffic over this link.<br>• Yes—A neighbor is detected on the other end. The port can send traffic over this link. |

https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf

| Field | Description |
|---|---|
| Sync OK | Whether the link partner sends valid protocol messages to the stack port.<br>• No—The link partner does not send valid protocol messages to the stack port.<br>• Yes—The link partner sends valid protocol messages to the port. |
| # Changes to LinkOK | The relative stability of the link.<br>If a large number of changes occur in a short period of time, link flapping can occur. |
| In Loopback | Whether a stack cable is attached to a stack port on the member.<br>• No—At least one stack port on the member has an attached stack cable.<br>• Yes—None of the stack ports on the member has an attached stack cable. |

https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf

<table>
<tr><th>Claim Element</th><th>Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family)</th></tr>
<tr><td></td><td></td></tr>
<tr><td>in response to the validation messages, sending a command message from the manager node to the other nodes, instructing the other nodes to execute a rate change; and</td><td>
In response to the validation messages, Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, send a command message from the manager node to the other nodes, instructing the other nodes to execute a rate change.
Stack Manager and High Availability Commands
switch stack-speed
<h2>switch stack-speed</h2>
To configure the bandwidth of the Standard Interchange Format (SIF) ports on a switch stack to 480 Gbps (legacy mode) or 1 Tbps (high speed mode) use the switch stack-speed [ high | low ] command in the Global configuration mode.
switch stack-speed [ high | low ]
Syntax Description
<table>
<tr><td>high</td><td>Configures the SIF port bandwidth to 1 Tbps.</td></tr>
<tr><td>low</td><td>Configures the SIF port bandwidth to 480 Gbps.</td></tr>
</table>
Command Default The bandwidth is set to low by default.
Command Modes Global configuration mode.
<table>
<tr><th>Release</th><th>Modification</th></tr>
<tr><td>Cisco IOS XE Bengaluru 17.5.1</td><td>The command was introduced.</td></tr>
</table>
The following example show how to configure the stack speed to high.
<pre>Device(config)# switch stack-speed high</pre>
Related Commands
<table>
<tr><th>Command</th><th>Description</th></tr>
<tr><td>show switch stack-ring speed</td><td>Displays the current stack ring speed and the speed after the next reboot.</td></tr>
<tr><td>show switch stack-bandwidth</td><td>Displays the current stack bandwidth and what the bandwidth will be after the next reboot.</td></tr>
</table>
https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/17-15/command_reference/b_1715_9300_cr/stack_manager_and_high_availability_commands.pdf
</td></tr>
</table>

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Overview of High Speed Stacking**<br><br>High Speed Stacking allows you to configure the bandwidth of the SIF ports on a stack to 1Tbps. High Speed stacking is applicable only when all the switches in a stack are Catalyst 9300X switches.<br><br>You can use the configuration command **switch stack-speed** [ **high** \| **low** ] to configure the bandwidth of the SIF ports from 480Gbps (legacy mode) to 1Tbps (high speed mode). You need to reload the stack after the command is issued.<br><br>**Stacking and High Availability Configuration Guide, Cisco IOS XE 26.x.x (Catalyst 9300 Switches)** 49<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf<br><br>**Manufacture Default Stack Bootup with High Speed Stacking**<br><br>When a stack boots up in the manufacture default configuration, it always boots up with the lowest speed among members. If the stack is homogenous and consists of only Catalyst 9300X switches capable of High Speed Stacking, a script running on the active switch determines that all the switches are capable of high speed. The active switch configures the stack to high speed and initiates a second round of reloads. After the second reload all the members of the stack load with high speed configured. The stack becomes a high speed ring. The homogenous stack of Catalyst 9300X switches must be a full ring stack for the automatic script to work. The script will work automatically within the first 15 minutes of uptime only.<br><br>You can use the command **show switch stack-ring speed** to display the current speed of the stack ring and what the speed will be after the next reboot.<br><br>You can use the command **show switch stack-bandwidth** to display the current stack bandwidth and what the bandwidth will be after the next reboot.<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|

## Configuring High Speed Stacking

To configure High Speed Stacking, perform this procedure.

**Procedure**

| | Command or Action | Purpose |
|---|---|---|
| **Step 1** | **enable**<br>**Example:**<br>`Device> enable` | Enables privileged EXEC mode. Enter your password if prompted. |
| **Step 2** | **configure terminal**<br>**Example:**<br>`Device# configure terminal` | Enters global configuration mode. |
| **Step 3** | **switch stack-speed** [**high** \| **low**]<br>**Example:**<br>`Device(config)# switch stack-speed high` | Configures the stack speed to high (1Tbps) or low (480Gbps). The configuration requires a reload to take effect. |
| **Step 4** | **end**<br>**Example:**<br>`Device(config)# end` | Returns to privileged EXEC mode. |
| **Step 5** | **show switch stack-ring speed**<br>**Example:**<br>`Device# show switch stack-ring speed` | Displays the current stack ring speed and the stack ring speed after the next reload. |
| **Step 6** | **show switch stack-bandwidth** | Displays the current stack bandwidth and the stack bandwidth after the next reload. |

https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf

<table>
<tr><th>Claim Element</th><th>Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family)</th></tr>
<tr><td></td><td>
Mixed Stack Operations<br><br>
Cisco StackWise technology supports mixed stacking between the Catalyst 9300X and Catalyst 9300 Sku's to achieve lower costs and simplified network design for Enterprise Campuses and branch network design. The Catalyst 9300X FIbre and copper SKu's can be stacked together using StackWise 1T to achieve an aggregated throughput of 1000 Gbps. As well as the Cisco Catalyst 9300X fibre/Copper SKu's can also be stacked together with Cisco 9300 Modular uplink sku's to achieve aggregated stacking bandwidth of 480 Gbps.<br><br>
Default Operation<br><br>
The default back stack interface speed is 480 Gbps for Cisco Catalyst 9300 and 9300X switches.<br><br>
• If the stack group consist of homogeneous Catalyst 9300X connected in full ring architecture with less than 15 minutes of uptime the stack reloads automatically and achieve aggregated throughput of 1 Tbps.<br>
• If the stack group consist of homogeneous Catalyst 9300X connected in half ring or with uptime more than 15 minutes then the automatic reload to higher throughput doesn't happen and the switch needs to be manually configured via the CLI to achieve 1Tbps throughput.<br><br>
CLI Command to change Stack throughput<br><br>
<code>C9300X(config)#switch stack-speed high</code><br>
<code>WARNING: Please confirm all switches physically connected to the stack are in Ready state with 'show switch' CLI command. Otherwise, some switches may not be able to join the stack after the reload, due to speed mismatch.</code><br>
<code>Stack bandwidth setting can be verified using 'show switch stack-bandwidth' command. It will require a reboot for the new stack speed to take effect.</code><br>
<code>Do you want to continue?[y/n]? [yes]: y</code><br><br>
• If the stack group consist of mix of Catalyst 9300 and Catalyst 9300X in full ring, for the first time all the stack members will go for reload and form a stack capable of 480 Gbps throughput. One additional reload is expected at this time to ensure the SDM template for all the members are same (The Feature scale for mixed stacking between C9300X and C9300 will be limited to C9300 Scale). The same behavior is observed for half-ring Stack design.<br><br>
https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/white-paper-c11-741468.html
</td></tr>
</table>

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
| --- | --- |
| | Stack operations<br>**Switch addition**<br>When adding a new switch to the stack, stack cables have to be connected appropriately prior to powering on the switch. The stack will operate at half bandwidth until the newly added switch has been powered on and has been discovered as a member. Once the switch had been discovered and is part of the stack, the stack ring transitions to the "Full" state.<br>The following output shows that the stack is in "Half" ring state until the newly added switch is discovered.<br>`9300-STACK#show switch stack-ring speed`<br>`Stack Ring Speed : 240G`<br>`Stack Ring Configuration : Half`<br>`Stack Ring Protocol : StackWise`<br>Figure 13 shows the stack cabling when three switches are operating in StackWise-1T/480/320.<br><br>**Figure 13.**<br>Stack with three switches<br>https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/white-paper-c11-741468.html |
| in response to the command message, reconfiguring three or more of the other nodes substantially | In response to the command message, Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, reconfigure three or more of the other nodes substantially simultaneously to begin communicating at the second rate over a plurality of the segments in the network that interconnect the three or more of the other nodes. |

<table>
<tr><th>Claim Element</th><th>Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family)</th></tr>
<tr><td>simultaneously to begin communicating at the second rate over a plurality of the segments in the network that interconnect the three or more of the other nodes.</td><td>
Stack Manager and High Availability Commands<br>
switch stack-speed<br>
<h2>switch stack-speed</h2>
To configure the bandwidth of the Standard Interchange Format (SIF) ports on a switch stack to 480 Gbps (legacy mode) or 1 Tbps (high speed mode) use the switch stack-speed [ high | low ] command in the Global configuration mode.<br>
switch stack-speed [ high | low ]<br>
Syntax Description
<table>
<tr><td>high</td><td>Configures the SIF port bandwidth to 1 Tbps.</td></tr>
<tr><td>low</td><td>Configures the SIF port bandwidth to 480 Gbps.</td></tr>
</table>
Command Default The bandwidth is set to low by default.<br>
Command Modes Global configuration mode.
<table>
<tr><th>Release</th><th>Modification</th></tr>
<tr><td>Cisco IOS XE Bengaluru 17.5.1</td><td>The command was introduced.</td></tr>
</table>
The following example show how to configure the stack speed to high.<br>
<code>Device(config)# switch stack-speed high</code><br>
Related Commands
<table>
<tr><th>Command</th><th>Description</th></tr>
<tr><td>show switch stack-ring speed</td><td>Displays the current stack ring speed and the speed after the next reboot.</td></tr>
<tr><td>show switch stack-bandwidth</td><td>Displays the current stack bandwidth and what the bandwidth will be after the next reboot.</td></tr>
</table>
<br>
https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/17-15/command_reference/b_1715_9300_cr/stack_manager_and_high_availability_commands.pdf
</td></tr>
</table>

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Overview of High Speed Stacking**<br><br>High Speed Stacking allows you to configure the bandwidth of the SIF ports on a stack to 1Tbps. High Speed stacking is applicable only when all the switches in a stack are Catalyst 9300X switches.<br><br>You can use the configuration command **switch stack-speed** [ **high** \| **low** ] to configure the bandwidth of the SIF ports from 480Gbps (legacy mode) to 1Tbps (high speed mode). You need to reload the stack after the command is issued.<br><br>Stacking and High Availability Configuration Guide, Cisco IOS XE 26.x.x (Catalyst 9300 Switches) 49<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf<br><br>**Manufacture Default Stack Bootup with High Speed Stacking**<br><br>When a stack boots up in the manufacture default configuration, it always boots up with the lowest speed among members. If the stack is homogenous and consists of only Catalyst 9300X switches capable of High Speed Stacking, a script running on the active switch determines that all the switches are capable of high speed. The active switch configures the stack to high speed and initiates a second round of reloads. After the second reload all the members of the stack load with high speed configured. The stack becomes a high speed ring. The homogenous stack of Catalyst 9300X switches must be a full ring stack for the automatic script to work. The script will work automatically within the first 15 minutes of uptime only.<br><br>You can use the command **show switch stack-ring speed** to display the current speed of the stack ring and what the speed will be after the next reboot.<br><br>You can use the command **show switch stack-bandwidth** to display the current stack bandwidth and what the bandwidth will be after the next reboot.<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|

# Configuring High Speed Stacking

To configure High Speed Stacking, perform this procedure.

**Procedure**

| | Command or Action | Purpose |
|---|---|---|
| Step 1 | **enable**<br>**Example:**<br>`Device> enable` | Enables privileged EXEC mode. Enter your password if prompted. |
| Step 2 | **configure terminal**<br>**Example:**<br>`Device# configure terminal` | Enters global configuration mode. |
| Step 3 | **switch stack-speed** [**high** \| **low**]<br>**Example:**<br>`Device(config)# switch stack-speed high` | Configures the stack speed to high (1Tbps) or low (480Gbps). The configuration requires a reload to take effect. |
| Step 4 | **end**<br>**Example:**<br>`Device(config)# end` | Returns to privileged EXEC mode. |
| Step 5 | **show switch stack-ring speed**<br>**Example:**<br>`Device# show switch stack-ring speed` | Displays the current stack ring speed and the stack ring speed after the next reload. |
| Step 6 | **show switch stack-bandwidth** | Displays the current stack bandwidth and the stack bandwidth after the next reload. |

https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/26-x/configuration_guide/stck_mgr_ha/b_26x_stck_mgr_ha_9300_cg.pdf

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Mixed Stack Operations**<br><br>Cisco StackWise technology supports mixed stacking between the Catalyst 9300X and Catalyst 9300 Sku's to achieve lower costs and simplified network design for Enterprise Campuses and branch network design. The Catalyst 9300X FIbre and copper SKu's can be stacked together using StackWise 1T to achieve an aggregated throughput of 1000 Gbps. As well as the Cisco Catalyst 9300X fibre/Copper SKu's can also be stacked together with Cisco 9300 Modular uplink sku's to achieve aggregated stacking bandwidth of 480 Gbps.<br><br>**Default Operation**<br><br>The default back stack interface speed is 480 Gbps for Cisco Catalyst 9300 and 9300X switches.<br><br>• If the stack group consist of homogeneous Catalyst 9300X connected in full ring architecture with less than 15 minutes of uptime the stack reloads automatically and achieve aggregated throughput of 1 Tbps.<br>• If the stack group consist of homogeneous Catalyst 9300X connected in half ring or with uptime more than 15 minutes then the automatic reload to higher throughput doesn't happen and the switch needs to be manually configured via the CLI to achieve 1Tbps throughput.<br><br>**CLI Command to change Stack throughput**<br><br>`C9300X(config)#switch stack-speed high`<br>`WARNING: Please confirm all switches physically connected to the stack are in Ready state with 'show switch' CLI command. Otherwise, some switches may not be able to join the stack after the reload, due to speed mismatch.`<br>`Stack bandwidth setting can be verified using 'show switch stack-bandwidth' command. It will require a reboot for the new stack speed to take effect.`<br>`Do you want to continue?[y/n]? [yes]: y`<br><br>• If the stack group consist of mix of Catalyst 9300 and Catalyst 9300X in full ring, for the first time all the stack members will go for reload and form a stack capable of 480 Gbps throughput. One additional reload is expected at this time to ensure the SDM template for all the members are same (The Feature scale for mixed stacking between C9300X and C9300 will be limited to C9300 Scale). The same behavior is observed for half-ring Stack design.<br><br>https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/white-paper-c11-741468.html |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
| --- | --- |
| | Stack operations<br>**Switch addition**<br>When adding a new switch to the stack, stack cables have to be connected appropriately prior to powering on the switch. The stack will operate at half bandwidth until the newly added switch has been powered on and has been discovered as a member. Once the switch had been discovered and is part of the stack, the stack ring transitions to the "Full" state.<br>The following output shows that the stack is in "Half" ring state until the newly added switch is discovered.<br>`9300-STACK#show switch stack-ring speed`<br>`Stack Ring Speed : 240G`<br>`Stack Ring Configuration : Half`<br>`Stack Ring Protocol : StackWise`<br>Figure 13 shows the stack cabling when three switches are operating in StackWise-1T/480/320.<br><br>**Figure 13.**<br>Stack with three switches<br>https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/white-paper-c11-741468.html |