**Claim Chart for U.S. Patent No. 7,626,930 | Claim 1 | Cisco Catalyst 9000 Series Switches**

| **Claim Element** | **Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family)** |
| --- | --- |
| 1. A method for communication between first and second nodes via a communication network, the method comprising: | To the extent the preamble is limiting, Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, perform a method for communication between first and second nodes via a communication network.<br><br>**Multi-Homing**<br><br>Multi-homing allows you to connect a host or Layer 2 switch to more than one VTEP in the EVPN VXLAN network. This connection provides redundancy and allows network optimization. Redundancy in the connection with the VTEPs ensures that there's no traffic disruption when there's a network failure. Multi-homed topologies are more reliant, secure, and efficient than single-homed topologies.<br><br>Multi-homing operates in single-active and all-active redundancy modes. In both modes, the connected host or access device is represented by an ethernet segment ID. This ethernet segment ID must also be part of the configuration on the VTEP's interface that connects the multihomed host or network device. All traffic forwarded between the VTEPs and the host (or Layer 2 switch) passes through this ethernet segment.<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9400/software/release/17-8/configuration_guide/vxlan/b_178_bgp_evpn_vxlan_9400_cg/configuring_multi_homing_in_bgp_evpn_vxlan_fabric.html |

<table>
<tr><th>Claim Element</th><th>Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family)</th></tr>
<tr><td></td><td>







https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9400/software/release/17-8/configuration_guide/vxlan/b_178_bgp_evpn_vxlan_9400_cg/configuring_multi_homing_in_bgp_evpn_vxlan_fabric.html

</td></tr>
</table>

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | Figure 6. Dual-Homing with Single-Active Redundancy in a BGP EVPN VXLAN Fabric   The topology shows an EVPN VXLAN network with two spine switches (Spine Switch 1 and Spine Switch 2) and three VTEPs (VTEP 1, VTEP 2, and VTEP 3). Host Device 1 is connected to VTEP 1. Host Device 2 is connected to VTEP 2 and VTEP 3 as a dual-homed single-active connection that passes through Ethernet Segment 1. https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9400/software/release/17-8/configuration_guide/vxlan/b_178_bgp_evpn_vxlan_9400_cg/configuring_multi_homing_in_bgp_evpn_vxlan_fabric.html |

<table>
<tr><th>Claim Element</th><th>Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family)</th></tr>
<tr><td></td><td>

https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html</td></tr>
<tr><td>assigning multiple communication ports in two or more network nodes between the first and second nodes to serve as member ports of a multi-homing group (MHG);</td><td>Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, assign multiple communication ports in two or more network nodes between the first and second nodes to serve as member ports of a multi-homing group (MHG).<br><br>Ethernet Segment<br><br>Ethernet segment (ES) is a pair of Cisco Catalyst 9000 series switches in the aggregation layer with a Layer 2 physical port that directly connects to an ES client device. It represents a single logical entity to enable loop-free, non-blocking all-active Layer 2 network connectivity.<br><br>An STP-Bridge Protocol Data Unit (BPDU) free Layer 2 network dynamically supports per-VLAN loop prevention while maximizing the network throughput to support accelerated application performance and resiliency.<br><br>Ethernet Segment ID<br><br>An Ethernet segment ID is a 10-byte (00:01:01:01:01:01:01:01:01:01) identifier for each Layer 2 port that is connected to an ES client device. A common ES ID is assigned to a pair of Catalyst 9000 ES systems on the Layer 2 physical port that connects to the same Layer 2 ES client device to enable all-active EVPN multihoming.<br><br>Cisco Catalyst 9000 series switches support 3 types of industry-standard ESI ID that is either auto-generated or IT-defined and manually configured.</td></tr>
</table>

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html   https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | <br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9400/software/release/17-8/configuration_guide/vxlan/b_178_bgp_evpn_vxlan_9400_cg/configuring_multi_homing_in_bgp_evpn_vxlan_fabric.html |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Figure 6. Dual-Homing with Single-Active Redundancy in a BGP EVPN VXLAN Fabric**<br><br><br>The topology shows an EVPN VXLAN network with two spine switches (Spine Switch 1 and Spine Switch 2) and three VTEPs (VTEP 1, VTEP 2, and VTEP 3). Host Device 1 is connected to VTEP 1. Host Device 2 is connected to VTEP 2 and VTEP 3 as a dual-homed single-active connection that passes through Ethernet Segment 1.<br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9400/software/release/17-8/configuration_guide/vxlan/b_178_bgp_evpn_vxlan_9400_cg/configuring_multi_homing_in_bgp_evpn_vxlan_fabric.html |

| **Claim Element** | **Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family)** |
|---|---|
| | |
| associating each of the member ports with a different, respective communication path between the first and second nodes via the communication network; | Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, associate each of the member ports with a different, respective communication path between the first and second nodes via the communication network.<br>**Network System Components**<br>The EVPN multihoming technology comprises directly attached networking systems through traditional Layer 2 ports in trunk or access mode. The Cisco Catalyst 9000 series switches is required to provision in EVPN multihoming mode to provide a loop-free Layer 2 multipath EtherChannel to any type of downstream network device.<br>**Ethernet Segment Redundancy Group**<br>An Ethernet segment redundancy group is a physical grouping of network devices that form an EVPN multihoming network, enabling an all-active Layer 2 multipath solution.<br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html<br> |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html     https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9400/software/release/17-8/configuration_guide/vxlan/b_178_bgp_evpn_vxlan_9400_cg/configuring_multi_homing_in_bgp_evpn_vxlan_fabric.html |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | Figure 6. Dual-Homing with Single-Active Redundancy in a BGP EVPN VXLAN Fabric<br><br><br>The topology shows an EVPN VXLAN network with two spine switches (Spine Switch 1 and Spine Switch 2) and three VTEPs (VTEP 1, VTEP 2, and VTEP 3). Host Device 1 is connected to VTEP 1. Host Device 2 is connected to VTEP 2 and VTEP 3 as a dual-homed single-active connection that passes through Ethernet Segment 1.<br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9400/software/release/17-8/configuration_guide/vxlan/b_178_bgp_evpn_vxlan_9400_cg/configuring_multi_homing_in_bgp_evpn_vxlan_fabric.html |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| accepting at the two or more network nodes a frame transmitted from the first node to the second node, the frame having a header comprising header fields; | Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, accept at the two or more network nodes a frame transmitted from the first node to the second node, the frame having a header comprising header fields.   https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Designated Forwarder and Non-Designated Forwarder Roles**<br><br>Traditionally, in Layer 2 STP-enabled networks, loop detection is achieved through a blocking link to transmit broadcast and business application data traffic. As a result, the network operates inefficiently at reduced bandwidth capacity. Additionally, protocol-based fault detection and recovery increase the network convergence time, which impacts the reliability of mission-critical applications during faults.<br><br>In EVPN multihoming-based campus networks, the same result is obtained using a very different logic. Instead of blocking links, the EVPN distinctly decouples network traffic types between broadcast categories and business applications. On a per ES port and VLAN basis, the pair of Cisco Catalyst 9000 series switches dynamically assign specific roles to forward BUM (Broadcast, Unknown Unicast, and Multicast) traffic in active and passive modes. However, business application forwarding traffic is unblocked in active-active mode.<br><br>The Catalyst 9000 series switch elected to actively forward the BUM traffic on a shared ES EtherChannel interface is known as Designated Forwarder (DF). The Catalyst 9000 series switch elected to block the forwarding of the BUM traffic on a shared ES EtherChannel interface is known as Non-Designated Forwarder (non-DF). The dynamic DF and non-DF role assignment is automatically derived based on the internal system modulo hash algorithm, which enables auto load balancing of the BUM traffic between a pair of Catalyst 9000 switches connected to same downstream Layer 2 network access devices.<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | The Catalyst 9000 ES switch with a VLAN in the DF role transmits egress multicast traffic towards the receiver. The peer non-DF ES switch suppresses duplicate multicast frames to prevent loops and undesired multicast replication. This enables EVPN multihoming to support symmetric unicast or multicast application performance and resiliency during planned or unplanned failure events.<br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html |
| selecting a single port from among the member ports over which to forward the frame by applying a hashing function to one or more of the header fields at each of the two or more network nodes; and | Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, select a single port from among the member ports over which to forward the frame by applying a hashing function to one or more of the header fields at each of the two or more network nodes.<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Designated Forwarder and Non-Designated Forwarder Roles**<br><br>Traditionally, in Layer 2 STP-enabled networks, loop detection is achieved through a blocking link to transmit broadcast and business application data traffic. As a result, the network operates inefficiently at reduced bandwidth capacity. Additionally, protocol-based fault detection and recovery increase the network convergence time, which impacts the reliability of mission-critical applications during faults.<br><br>In EVPN multihoming-based campus networks, the same result is obtained using a very different logic. Instead of blocking links, the EVPN distinctly decouples network traffic types between broadcast categories and business applications. On a per ES port and VLAN basis, the pair of Cisco Catalyst 9000 series switches dynamically assign specific roles to forward BUM (Broadcast, Unknown Unicast, and Multicast) traffic in active and passive modes. However, business application forwarding traffic is unblocked in active-active mode.<br><br>The Catalyst 9000 series switch elected to actively forward the BUM traffic on a shared ES EtherChannel interface is known as Designated Forwarder (DF). The Catalyst 9000 series switch elected to block the forwarding of the BUM traffic on a shared ES EtherChannel interface is known as Non-Designated Forwarder (non-DF). The dynamic DF and non-DF role assignment is automatically derived based on the internal system modulo hash algorithm, which enables auto load balancing of the BUM traffic between a pair of Catalyst 9000 switches connected to same downstream Layer 2 network access devices. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html<br>The Catalyst 9000 ES switch with a VLAN in the DF role transmits egress multicast traffic towards the receiver. The peer non-DF ES switch suppresses duplicate multicast frames to prevent loops and undesired multicast replication. This enables EVPN multihoming to support symmetric unicast or multicast application performance and resiliency during planned or unplanned failure events.<br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html |
| forwarding the frame via the selected port over the respective communication path that is associated with the selected port. | Cisco networking equipment, including, for example, the Catalyst 9000 Switching Family, forwards the frame via the selected port over the respective communication path that is associated with the selected port<br><br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | **Designated Forwarder and Non-Designated Forwarder Roles**<br><br>Traditionally, in Layer 2 STP-enabled networks, loop detection is achieved through a blocking link to transmit broadcast and business application data traffic. As a result, the network operates inefficiently at reduced bandwidth capacity. Additionally, protocol-based fault detection and recovery increase the network convergence time, which impacts the reliability of mission-critical applications during faults.<br><br>In EVPN multihoming-based campus networks, the same result is obtained using a very different logic. Instead of blocking links, the EVPN distinctly decouples network traffic types between broadcast categories and business applications. On a per ES port and VLAN basis, the pair of Cisco Catalyst 9000 series switches dynamically assign specific roles to forward BUM (Broadcast, Unknown Unicast, and Multicast) traffic in active and passive modes. However, business application forwarding traffic is unblocked in active-active mode.<br><br>The Catalyst 9000 series switch elected to actively forward the BUM traffic on a shared ES EtherChannel interface is known as Designated Forwarder (DF). The Catalyst 9000 series switch elected to block the forwarding of the BUM traffic on a shared ES EtherChannel interface is known as Non-Designated Forwarder (non-DF). The dynamic DF and non-DF role assignment is automatically derived based on the internal system modulo hash algorithm, which enables auto load balancing of the BUM traffic between a pair of Catalyst 9000 switches connected to same downstream Layer 2 network access devices. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco Catalyst 9000 Switching Family) |
|---|---|
| | https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html<br>The Catalyst 9000 ES switch with a VLAN in the DF role transmits egress multicast traffic towards the receiver. The peer non-DF ES switch suppresses duplicate multicast frames to prevent loops and undesired multicast replication. This enables EVPN multihoming to support symmetric unicast or multicast application performance and resiliency during planned or unplanned failure events.<br>https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9500/software/release/17-18/configuration_guide/ha/b_1718_ha_9500_cg/esi-mh-in-non-fabric-deployments.html |