**Claim Chart for U.S. Patent No. 7,773,508 | Claim 1 | Cisco**

| Claim Element | Cisco Networking Equipment (*e.g.*, Cisco Nexus 9000 Switches) |
|---|---|
| A method for budgeted learning of link information in a network, comprising: | To the extent the preamble is limiting, Cisco networking equipment, including, for example, the Cisco Nexus 9000 Switches, perform a method for budgeted learning of link information in a network.<br><br>**MAC move policy**<br>The MAC move policy feature is used to monitor the movement of MAC addresses across the fabric.<br>This feature provides the option to modify the MAC move parameters in order to enhance network stability and prevent the accumulation of Messaging and Transaction Service (MTS) in the Layer 2 Forwarder Manipulator (L2FM).<br>By default, the MAC move policy is disabled. For more information on configuring the MAC move policy and enabling the MTS buildup check, see Configuring MAC Move Policy, on page 346 section.<br>The advantages of MAC move policy are:<br>• Enables tracking of MAC address movement at the MAC level to avoid loops.<br>• Checks periodically for MTS buildup to prevent crashes in the L2FM.<br>• Disables VLAN learning if the MAC move count surpasses the specified threshold.<br><br>*See e.g.*, Cisco Nexus 9000 Series NX-OS System Management Configuration Guide, Release 10.3(x), pg. 345 (available at https://www.cisco.com/c/en/us/td/docs/switches/datacenter/nexus9000/sw/104x/config-guides/cisco-nexus-9000-series-nx-os-system-management-configuration-guide-release-104x.pdf)<br><br>**Guidelines and Limitations for MAC Move Policy**<br>MAC move Policy has the following configuration guidelines and limitations:<br>• Beginning with Cisco NX-OS Release 10.3(1)F, the MAC move policy is supported on Cisco Nexus 9300-X Cloud Scale switches.<br>• When the MAC move policy is enabled using the **mac-move policy** command, the default parameters (6 MAC moves in 30 seconds with a hold interval of 120 seconds) are set. You can modify the default set parameters. For more information, see Configuring MAC Move Policy, on page 346.<br>*Id.* |

| | |
|---|---|
| providing a database to contain the link information, for use by an entity connected to the network in transferring traffic over the network; | Cisco networking equipment, including, for example, the Cisco Nexus 9000 Switches, teach providing a database to contain the link information, for use by an entity connected to the network in transferring traffic over the network.<br><br>**MAC move policy**<br><br>The MAC move policy feature is used to monitor the movement of MAC addresses across the fabric.<br><br>This feature provides the option to modify the MAC move parameters in order to enhance network stability and prevent the accumulation of Messaging and Transaction Service (MTS) in the Layer 2 Forwarder Manipulator (L2FM).<br><br>By default, the MAC move policy is disabled. For more information on configuring the MAC move policy and enabling the MTS buildup check, see Configuring MAC Move Policy, on page 346 section.<br><br>The advantages of MAC move policy are:<br><br>• Enables tracking of MAC address movement at the MAC level to avoid loops.<br>• Checks periodically for MTS buildup to prevent crashes in the L2FM.<br>• Disables VLAN learning if the MAC move count surpasses the specified threshold.<br><br>*See e.g.*, Cisco Nexus 9000 Series NX-OS System Management Configuration Guide, Release 10.3(x), pg. 345 (available at https://www.cisco.com/c/en/us/td/docs/switches/datacenter/nexus9000/sw/104x/config-guides/cisco-nexus-9000-series-nx-os-system-management-configuration-guide-release-104x.pdf) |

<table>
<tr>
<td></td>
<td>

**show**

show { consistency-checker l2 module <modnum> | forwarding consistency l2 <modnum> } [ __readonly__ <status> [ <l2entry> [ TABLE_mac_address <disp_mac_addr><disp_type><disp_vlan><disp_is_static><disp_age><disp_is_secure><disp_is_ntfy><disp_port> ] ] [ <l2entry_ext> [ TABLE_mac_address <disp_mac_addr><disp_type><disp_vlan><disp_is_static><disp_age><disp_is_secure><disp_is_ntfy><disp_port> ] ] ]

**Syntax Description**

<table>
<tr><td>show</td><td>show</td></tr>
<tr><td>consistency-checker</td><td>Consistency Checker</td></tr>
<tr><td>forwarding</td><td>Forwarding information</td></tr>
<tr><td>consistency</td><td>consistency</td></tr>
<tr><td>l2</td><td>Verify l2 mac programming in the hardware</td></tr>
<tr><td>module</td><td>Module number</td></tr>
<tr><td>modnum</td><td>Module Number</td></tr>
<tr><td>__readonly__</td><td>(Optional)</td></tr>
<tr><td>status</td><td>(Optional) Result of Consistency Checker</td></tr>
<tr><td>l2entry</td><td>(Optional) L2 entry</td></tr>
<tr><td>l2entry_ext</td><td>(Optional) L2 entry string</td></tr>
<tr><td>TABLE_mac_address</td><td>(Optional) Mac address table</td></tr>
</table>

**Command Mode**

- /exec

*See e.g.*, Cisco Nexus 9000 Series NX-OS Command Reference (Configuration Commands), Release 10.3(x), pg. 4307 (available at https://www.cisco.com/c/en/us/td/docs/dcn/nx-os/nexus9000/103x/command-reference/config/b_n9k_config_commands_103x.pdf)

</td>
</tr>
<tr>
<td>setting a maximum rate for addition of entries to the database;</td>
<td>Cisco networking equipment, including, for example, the Cisco Nexus 9000 Switches, teach setting a maximum rate for addition of entries to the database.</td>
</tr>
</table>

| | |
|---|---|
| | **Guidelines and Limitations for MAC Move Policy**<br><br>MAC move Policy has the following configuration guidelines and limitations:<br><br>• Beginning with Cisco NX-OS Release 10.3(1)F, the MAC move policy is supported on Cisco Nexus 9300-X Cloud Scale switches.<br><br>• When the MAC move policy is enabled using the **mac-move policy** command, the default parameters (6 MAC moves in 30 seconds with a hold interval of 120 seconds) are set. You can modify the default set parameters. For more information, see Configuring MAC Move Policy, on page 346.<br><br>*See e.g.*, Cisco Nexus 9000 Series NX-OS System Management Configuration Guide, Release 10.3(x), pg. 345 (available at https://www.cisco.com/c/en/us/td/docs/switches/datacenter/nexus9000/sw/104x/config-guides/cisco-nexus-9000-series-nx-os-system-management-configuration-guide-release-104x.pdf)<br><br>**MAC move policy**<br><br>The MAC move policy feature is used to monitor the movement of MAC addresses across the fabric.<br><br>This feature provides the option to modify the MAC move parameters in order to enhance network stability and prevent the accumulation of Messaging and Transaction Service (MTS) in the Layer 2 Forwarder Manipulator (L2FM).<br><br>By default, the MAC move policy is disabled. For more information on configuring the MAC move policy and enabling the MTS buildup check, see Configuring MAC Move Policy, on page 346 section.<br><br>The advantages of MAC move policy are:<br><br>• Enables tracking of MAC address movement at the MAC level to avoid loops.<br><br>• Checks periodically for MTS buildup to prevent crashes in the L2FM.<br><br>• Disables VLAN learning if the MAC move count surpasses the specified threshold.<br><br>*Id*. |

<table>
<tr>
<td></td>
<td>
Configuring MAC Move Policy<br>
This procedure enables/disables the MAC move policy on the switch:<br><br>
SUMMARY STEPS<br>
1. configure terminal<br>
2. <b>[no] mac-move policy {[move-threshold</b><<i>thresh</i>><b>]} {[detect-intvl</b><<i>d_intvl</i>><b>]} {[hold-intvl</b> <<i>h_intvl</i>><b>]}</b><br>
3. <b>[no] mts-buildup check {[mts-percent</b><<i>percent</i>><b>]} {[detect-intvl</b><<i>d_intvl</i>><b>]}</b><br><br>
DETAILED STEPS<br><br>
Procedure
<table>
<tr><th></th><th>Command or Action</th><th>Purpose</th></tr>
<tr><td>Step 1</td><td>configure terminal<br>Example:<br>switch# configure terminal<br>switch(config)#</td><td>Enters global configuration mode.</td></tr>
<tr><td><b>Step 2</b></td><td><b>[no] mac-move policy {[move-threshold</b><<i>thresh</i>><b>]} {[detect-intvl</b><<i>d_intvl</i>><b>]} {[hold-intvl</b> <<i>h_intvl</i>><b>]}</b><br><b>Example:</b><br>switch(config)# <b>mac-move policy move-threshold 6 detect-intvl 30 hold-intvl 120</b></td><td>Enables the MAC move policy.<br>The option <b>no</b> disables the MAC move policy.<br>• <i>thresh</i>: Maximum allowed moves. The range is 2–4096 and the default value is value 6.<br>• <i>d_intvl</i>: Interval to track moves. The range is 30–3600 and the default value is 30.</td></tr>
</table>
Id. at 346.
</td>
</tr>
<tr>
<td>responsive to the traffic on the network during a learning period, determining a new entry to be added to the database;</td>
<td>Cisco networking equipment, including, for example, the Cisco Nexus 9000 Switches, teach responsive to the traffic on the network during a learning period, determining a new entry to be added to the database.</td>
</tr>
</table>

# Configuring MAC Move Policy

This procedure enables/disables the MAC move policy on the switch:

**SUMMARY STEPS**

1. **configure terminal**
2. **[no] mac-move policy {[move-threshold**<*thresh*>]} {[**detect-intvl**<*d_intvl*>]} {[**hold-intvl** <*h_intvl*>]}
3. **[no] mts-buildup check** {[**mts-percent**<*percent*>]} {[**detect-intvl**<*d_intvl*>]}

**DETAILED STEPS**

**Procedure**

| | Command or Action | Purpose |
|---|---|---|
| **Step 1** | **configure terminal**<br>**Example:**<br>`switch# configure terminal`<br>`switch(config)#` | Enters global configuration mode. |
| **Step 2** | **[no] mac-move policy {[move-threshold**<*thresh*>]} {[**detect-intvl**<*d_intvl*>]} {[**hold-intvl** <*h_intvl*>]}<br>**Example:**<br>`switch(config)# mac-move policy move-threshold 6 detect-intvl 30 hold-intvl 120` | Enables the MAC move policy.<br>The option **no** disables the MAC move policy.<br>• *thresh*: Maximum allowed moves. The range is 2–4096 and the default value is value 6.<br>• *d_intvl*: Interval to track moves. The range is 30–3600 and the default value is 30. |

*See e.g.*, Cisco Nexus 9000 Series NX-OS System Management Configuration Guide, Release 10.3(x), pg. 346 (available at https://www.cisco.com/c/en/us/td/docs/switches/datacenter/nexus9000/sw/104x/config-guides/cisco-nexus-9000-series-nx-os-system-management-configuration-guide-release-104x.pdf)

# Guidelines and Limitations for MAC Move Policy

MAC move Policy has the following configuration guidelines and limitations:

- Beginning with Cisco NX-OS Release 10.3(1)F, the MAC move policy is supported on Cisco Nexus 9300-X Cloud Scale switches.
- When the MAC move policy is enabled using the **mac-move policy** command, the default parameters (6 MAC moves in 30 seconds with a hold interval of 120 seconds) are set. You can modify the default set parameters. For more information, see Configuring MAC Move Policy, on page 346.

<table>
<tr><td></td><td>Id. at 345.</td></tr>
<tr><td>setting a budget, comprising allocating a number of entries to be added by the entity, such that a sum of the number of entries added during the learning period is less than or equal to a total number of the entries in the database; and</td><td>Cisco networking equipment, including, for example, the Cisco Nexus 9000 Switches, teach setting a budget, comprising allocating a number of entries to be added by the entity, such that a sum of the number of entries added during the learning period is less than or equal to a total number of the entries in the database.<br><br>
Configuring MAC Move Policy<br>
This procedure enables/disables the MAC move policy on the switch:<br><br>
SUMMARY STEPS<br>
1. configure terminal<br>
2. <b>[no] mac-move policy {[move-threshold</b><<i>thresh</i>><b>]} {[detect-intvl</b><<i>d_intvl</i>><b>]} {[hold-intvl</b> <<i>h_intvl</i>><b>]}</b><br>
3. <b>[no] mts-buildup check {[mts-percent</b><<i>percent</i>><b>]} {[detect-intvl</b><<i>d_intvl</i>><b>]}</b><br><br>
DETAILED STEPS<br><br>
Procedure
<table>
<tr><th></th><th>Command or Action</th><th>Purpose</th></tr>
<tr><td>Step 1</td><td>configure terminal<br>Example:<br><code>switch# configure terminal</code><br><code>switch(config)#</code></td><td>Enters global configuration mode.</td></tr>
<tr><td><b>Step 2</b></td><td><b>[no] mac-move policy {[move-threshold</b><<i>thresh</i>><b>]} {[detect-intvl</b><<i>d_intvl</i>><b>]} {[hold-intvl</b> <<i>h_intvl</i>><b>]}</b><br><b>Example:</b><br><code>switch(config)# <b>mac-move policy move-threshold 6 detect-intvl 30 hold-intvl 120</b></code></td><td>Enables the MAC move policy.<br>The option <b>no</b> disables the MAC move policy.<br>• <i>thresh</i>: Maximum allowed moves. The range is 2–4096 and the default value is value 6.<br>• <i>d_intvl</i>: Interval to track moves. The range is 30–3600 and the default value is 30.</td></tr>
</table>
See e.g., Cisco Nexus 9000 Series NX-OS System Management Configuration Guide, Release 10.3(x), pg. 346 (available at https://www.cisco.com/c/en/us/td/docs/switches/datacenter/nexus9000/sw/104x/config-guides/cisco-nexus-9000-series-nx-os-system-management-configuration-guide-release-104x.pdf)</td></tr>
</table>

| | |
|---|---|
| | **Guidelines and Limitations for MAC Move Policy**<br><br>MAC move Policy has the following configuration guidelines and limitations:<br>• Beginning with Cisco NX-OS Release 10.3(1)F, the MAC move policy is supported on Cisco Nexus 9300-X Cloud Scale switches.<br>• When the MAC move policy is enabled using the **mac-move policy** command, the default parameters (6 MAC moves in 30 seconds with a hold interval of 120 seconds) are set. You can modify the default set parameters. For more information, see Configuring MAC Move Policy, on page 346.<br><br>*Id.* at 345.<br><br>**MAC move policy**<br><br>The MAC move policy feature is used to monitor the movement of MAC addresses across the fabric.<br>This feature provides the option to modify the MAC move parameters in order to enhance network stability and prevent the accumulation of Messaging and Transaction Service (MTS) in the Layer 2 Forwarder Manipulator (L2FM).<br>By default, the MAC move policy is disabled. For more information on configuring the MAC move policy and enabling the MTS buildup check, see Configuring MAC Move Policy, on page 346 section.<br>The advantages of MAC move policy are:<br>• Enables tracking of MAC address movement at the MAC level to avoid loops.<br>• Checks periodically for MTS buildup to prevent crashes in the L2FM.<br>• Disables VLAN learning if the MAC move count surpasses the specified threshold.<br><br>*Id*. |
| adding the new entry to the database only if the addition of the entries during the learning period has | Cisco networking equipment, including, for example, the Cisco Nexus 9000 Switches, teach adding the new entry to the database only if the addition of the entries during the learning period has not exceeded the maximum rate. |

not exceeded the maximum rate.

## Configuring MAC Move Policy

This procedure enables/disables the MAC move policy on the switch:

**SUMMARY STEPS**

1. **configure terminal**
2. **[no] mac-move policy {[move-threshold**<*thresh*>]} {[**detect-intvl**<*d_intvl*>]} {[**hold-intvl** <*h_intvl*>]}
3. **[no] mts-buildup check** {[**mts-percent**<*percent*>]} {[**detect-intvl**<*d_intvl*>]}

**DETAILED STEPS**

**Procedure**

| | Command or Action | Purpose |
|---|---|---|
| **Step 1** | **configure terminal**<br>**Example:**<br>`switch# configure terminal`<br>`switch(config)#` | Enters global configuration mode. |
| **Step 2** | **[no] mac-move policy {[move-threshold**<*thresh*>]} {[**detect-intvl**<*d_intvl*>]} {[**hold-intvl** <*h_intvl*>]}<br>**Example:**<br>`switch(config)# mac-move policy move-threshold 6 detect-intvl 30 hold-intvl 120` | Enables the MAC move policy.<br>The option **no** disables the MAC move policy.<br>• *thresh*: Maximum allowed moves. The range is 2–4096 and the default value is 6.<br>• *d_intvl*: Interval to track moves. The range is 30–3600 and the default value is 30. |

*See e.g.*, Cisco Nexus 9000 Series NX-OS System Management Configuration Guide, Release 10.3(x), pg. 346 (available at https://www.cisco.com/c/en/us/td/docs/switches/datacenter/nexus9000/sw/104x/config-guides/cisco-nexus-9000-series-nx-os-system-management-configuration-guide-release-104x.pdf)

## Guidelines and Limitations for MAC Move Policy

MAC move Policy has the following configuration guidelines and limitations:

- Beginning with Cisco NX-OS Release 10.3(1)F, the MAC move policy is supported on Cisco Nexus 9300-X Cloud Scale switches.
- When the MAC move policy is enabled using the **mac-move policy** command, the default parameters (6 MAC moves in 30 seconds with a hold interval of 120 seconds) are set. You can modify the default set parameters. For more information, see Configuring MAC Move Policy, on page 346.

| | |
|---|---|
| | *Id.* at 345.<br><br>**MAC move policy**<br><br>The MAC move policy feature is used to monitor the movement of MAC addresses across the fabric.<br><br>This feature provides the option to modify the MAC move parameters in order to enhance network stability and prevent the accumulation of Messaging and Transaction Service (MTS) in the Layer 2 Forwarder Manipulator (L2FM).<br><br>By default, the MAC move policy is disabled. For more information on configuring the MAC move policy and enabling the MTS buildup check, see Configuring MAC Move Policy, on page 346 section.<br><br>The advantages of MAC move policy are:<br><br>• Enables tracking of MAC address movement at the MAC level to avoid loops.<br><br>• Checks periodically for MTS buildup to prevent crashes in the L2FM.<br><br>• Disables VLAN learning if the MAC move count surpasses the specified threshold.<br><br>*Id*. |