**Claim Chart for U.S. Patent No. 8,199,637 | Claim 1 | Cisco**

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| A method for handling a communication failure in a network, comprising: | To the extent the preamble is limiting, Cisco networking equipment, including, for example, the ASR 9000 Series Routers and Catalyst 9000 Switches, establish a method for handling a communication failure in a network.<br><br>> The Cisco ASR 9000 Series Router supports both Layer 2 and Layer 3 Link Bundles. If the Link Bundle is a Layer 3 interface, an IP address is required. If the Link Bundle is a Layer 2 interface, an IP address is not required. A Link Bundle on the Cisco ASR 9000 Series Router may contain Layer 2 and Layer 3 subinterfaces within it. In which case, the Layer 3 subinterfaces require IP addresses, but the Link Bundle interface does not require an IP address. POS Link bundling is supported only on Layer 3 link bundles.<br><br>*See e.g.*, Interface and Hardware Component Configuration Guide for Cisco ASR 9000 Series Routers, IOS XR Release 7.11.x at 3 (available at https://www.cisco.com/c/en/us/td/docs/routers/asr9000/software/711x/interfaces/configuration/guide/b-interfaces-hardware-component-cg-asr9000-711x/configuring-link-bundling.html). |

<table>
<tr><th>Claim Element</th><th>Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches)</th></tr>
<tr><td></td><td>
The Cisco ASR 9000 Series Router supports bundling for these types of interfaces:<br>
• Ethernet interfaces and<br><br>
Feature History for Configuring Link Bundling<br><br>
Release | Modification<br>
Release 3.7.2 | This feature was introduced on the Cisco ASR 9000 Series Router.<br>
Release 3.9.0 | Support for load balancing was added. Bundle member links are put into new err-disable link interface status and admin-down protocol state when a bundle interface is shut down.<br>
Release 3.9.1 | Support for Layer 3 load balancing on Layer 2 link bundles was added.<br>
Release 4.0.0 | The following support was added: • Up to a maximum of 64 member links per bundle. • IPv6 addressing. • Multichassis Link Aggregation.<br><br>
Id.
</td></tr>
</table>

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Multichassis LACP**<br><br>Last Updated: October 18, 2011<br><br>In Carrier Ethernet networks, various redundancy mechanisms provide resilient interconnection of nodes and networks. The choice of redundancy mechanisms depends on various factors such as transport technology, topology, single node versus entire network multihoming, capability of devices, autonomous system (AS) boundaries or service provider operations model, and service provider preferences.<br><br>Carrier Ethernet network high-availability can be achieved by employing both intra- and interchassis redundancy mechanisms. Cisco's Multichassis EtherChannel (MCEC) solution addresses the need for interchassis redundancy mechanisms, where a carrier wants to "dual home" a device to two upstream points of attachment (PoAs) for redundancy. Some carriers either cannot or will not run loop prevention control protocols in their access networks, making an alternative redundancy scheme necessary. MCEC addresses this issue with enhancements to the 802.3ad Link Aggregation Control Protocol (LACP) implementation. These enhancements are provided in the Multichassis LACP (mLACP) feature described in this document.<br><br>*See e.g.*, Multichassis LACP at 3 (available at https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/cether/configuration/15-0s/ce-multichass-lacp.html). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | ## Introduction<br>Cisco® Catalyst® 9000 platform StackWise® Virtual technology allows the clustering of two physical switches together into a single logical entity. The two switches operate as one; they share the same configuration and forwarding state. This technology allows for enhancements in all areas of network design, including high availability, scalability, management, and maintenance.<br>Figure 1 graphically represents the StackWise Virtual feature, which allows you to manage two Cisco Catalyst 9000 Switches as a single switch.<br>Figure 1. StackWise Virtual physical to logical representation<br><br>This paper explains the Cisco StackWise Virtual technology, including its benefits and requirements.<br>*See e.g.*, Cisco Catalyst 9000 Platform StackWise Virtual at 1 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf) |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Cisco Catalyst 9000 platform StackWise Virtual: An overview**<br>This **virtualization** of the two-physical switches into single logical switch fundamentally alters the design of campus topology. One of the most significant changes is that StackWise Virtual enables the creation of a **loop-free** topology because the two switches operate as one. Thus, the spanning-tree domain treats the StackWise Virtual pair as one bridge node instead of two. In addition, StackWise Virtual also incorporates many other Cisco innovations–such as Stateful Switch Over (SSO), Non-Stop Forwarding (NSF) and Multi-chassis EtherChannel (MEC)–that enable non-stop communication with increased bandwidth to substantially enhance application response time<br>Key business benefits of the SVL include the following:<br>• Reduced risk associated with a looped topology<br>• Non-stop business communication through the use of a redundant chassis with SSO-enabled supervisors<br>• Better return on existing investments via increased bandwidth from access layer<br>• Reduced configuration errors and elimination of First Hop Redundancy Protocols (FHRP), such as Hot Standby Routing Protocol (HSRP), GLBP and VRRP<br>• Simplified management of a single configuration and fewer operational failure points<br>Figure 2 graphically represents the benefits of transitioning from traditional architecture to StackWise Virtual Architecture.<br>*Id.*<br>**Figure 2.** StackWise Virtual Benefits<br><br>*Id.* |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
| --- | --- |
| | |
| provisioning different first and second instances of a multipoint-to-multipoint (MP-MP) communication service over respective first and second alternative sets of links that connect a plurality of endpoints in the network, each of the sets traversing a plurality of | Cisco networking equipment perform the step of provisioning different first and second instances of a multipoint-to-multipoint (MP-MP) communication service over respective first and second alternative sets of links that connect a plurality of endpoints in the network, each of the sets traversing a plurality of network nodes, which provide physical layer resources for operating the links. |

<table>
<tr><th>Claim Element</th><th>Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches)</th></tr>
<tr><td>network nodes, which provide physical layer resources for operating the links;</td><td>
The figure below shows redundancy mechanisms in Carrier Ethernet networks.




*See e.g.*, Multichassis LACP at 7 (available at https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/cether/configuration/15-0s/ce-multichass-lacp.html).
</td></tr>
</table>

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | <br>*Id*. at 46.<br><br>*Id*. at 44. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| |   Cisco Live – Designing Highly Available Networks Using Cisco Catalyst 9000 Switches at 40 (available at https://www.ciscolive.com/c/dam/r/ciscolive/emea/docs/2025/pdf/BRKENS-2095.pdf) |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | ## Introduction<br>Cisco® Catalyst® 9000 platform StackWise® Virtual technology allows the clustering of two physical switches together into a single logical entity. The two switches operate as one; they share the same configuration and forwarding state. This technology allows for enhancements in all areas of network design, including high availability, scalability, management, and maintenance.<br>Figure 1 graphically represents the StackWise Virtual feature, which allows you to manage two Cisco Catalyst 9000 Switches as a single switch.<br>Figure 1. StackWise Virtual physical to logical representation<br><br>This paper explains the Cisco StackWise Virtual technology, including its benefits and requirements.<br>*See e.g.*, Cisco Catalyst 9000 Platform StackWise Virtual at 1 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf) |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | Cisco Catalyst 9000 platform StackWise Virtual: An overview<br>This **virtualization** of the two-physical switches into single logical switch fundamentally alters the design of campus topology. One of the most significant changes is that StackWise Virtual enables the creation of a **loop-free** topology because the two switches operate as one. Thus, the spanning-tree domain treats the StackWise Virtual pair as one bridge node instead of two. In addition, StackWise Virtual also incorporates many other Cisco innovations–such as Stateful Switch Over (SSO), Non-Stop Forwarding (NSF) and Multi-chassis EtherChannel (MEC)–that enable non-stop communication with increased bandwidth to substantially enhance application response time<br>Key business benefits of the SVL include the following:<br>• Reduced risk associated with a looped topology<br>• Non-stop business communication through the use of a redundant chassis with SSO-enabled supervisors<br>• Better return on existing investments via increased bandwidth from access layer<br>• Reduced configuration errors and elimination of First Hop Redundancy Protocols (FHRP), such as Hot Standby Routing Protocol (HSRP), GLBP and VRRP<br>• Simplified management of a single configuration and fewer operational failure points<br>Figure 2 graphically represents the benefits of transitioning from traditional architecture to StackWise Virtual Architecture.<br>*Id.*<br>**Figure 2.** StackWise Virtual Benefits<br><br><br>*Id.* |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **StackWise Virtual link redundancy**<br>The StackWise Virtual link is clearly a vital part of the StackWise Virtual domain. It provides the signaling path used for synchronizing the two switch control planes, as well as the data path for any user data traffic needing to pass between the two switches. Therefore, the StackWise Virtual link is bundled as an EtherChannel interface, allowing for redundant interfaces and higher bandwidth capacity.<br>Given the hardware requirements discussed in the architecture section of this paper, the StackWise Virtual link must be configured using either 10 Gigabit or 40 Gigabit Ethernet ports. And it is very important that you have enough redundancy and bandwidth available to overcome the unexpected failure scenarios described below.<br>**Figure 7.** Two failure scenarios<br><br><br>*Id*. at 15. |
| providing the communication service to the | Cisco networking equipment perform the step of providing the communication service to the endpoints over the first set of links using the first instance. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| endpoints over the first set of links using the first instance; | <br>*See e.g.*, Multichassis LACP at 10 (available at https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/cether/configuration/15-0s/ce-multichass-lacp.html). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
| --- | --- |
| |   *Id.* at 44. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **StackWise Virtual link redundancy**<br>The StackWise Virtual link is clearly a vital part of the StackWise Virtual domain. It provides the signaling path used for synchronizing the two switch control planes, as well as the data path for any user data traffic needing to pass between the two switches. Therefore, the StackWise Virtual link is bundled as an EtherChannel interface, allowing for redundant interfaces and higher bandwidth capacity.<br>Given the hardware requirements discussed in the architecture section of this paper, the StackWise Virtual link must be configured using either 10 Gigabit or 40 Gigabit Ethernet ports. And it is very important that you have enough redundancy and bandwidth available to overcome the unexpected failure scenarios described below.<br>**Figure 7.** Two failure scenarios<br><br><br>*See e.g.*, Cisco Catalyst 9000 Platform StackWise Virtual at 15 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf) |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Traffic forwarding**<br>Cisco StackWise Virtual supports the concept of local forwarding when it comes to handling Unicast or Broadcast, Unknown Unicast and Multicast (BUM) Traffic. Local forwarding is a concept where the traffic is forwarded locally towards the destination by both Active and Standby switches on its interfaces rather than forwarding it to the neighboring switch over the StackWise Virtual Links. Traffic will be forwarded over the StackWise Virtual Links only if there is a single homed connection and hence it is always recommended to use the dual homed connections to avoid unnecessary traffic over the SVL. Below diagram gives a pictorial representation of traffic handling in the StackWise Virtual Setup:<br>*Id.* at 26<br><br><br>Local forwarding support with BUM traffic has been introduced with 17.2 release but the unicast traffic support has been there for a while.<br>*Id.* at 27. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | |
| upon detecting a failure in the first set of links by a detecting node of the plurality of network nodes: | Cisco networking equipment perform the step of detecting a failure in the first set of links by a detecting node of the plurality of network nodes. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Failure Protection Scenarios**<br>The mLACP feature provides network resiliency by protecting against port, link, and node failures. These failures can be categorized into five types. The figure below shows the failure points in a network, denoted by the letters A through E.<br>• A--Failure of the uplink port on the DHD<br>• B--Failure of the Ethernet link<br>• C--Failure of the downlink port on the active PoA<br>• D--Failure of the active PoA node<br>• E--Failure of the active PoA uplinks<br><br>*See e.g.*, Multichassis LACP at 9-10 (available at https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/cether/configuration/15-0s/ce-multichass-lacp.html). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | When any of these faults occur, the system reacts by triggering a switchover from the active PoA to the standby PoA. The switchover involves failing over the PoA's uplinks and downlinks simultaneously.<br><br>Failure points A and C are port failures. Failure point B is an Ethernet link failure and failure point D is a node failure. Failure point E can represent one of four different types of uplink failures when the PoAs connect to an MPLS network:<br><br>• Pseudowire failure--Monitoring individual pseudowires (for example, using VCCV-BFD) and, upon a pseudowire failure, declare uplink failure for the associated service instances.<br>• Remote PE IP path failure--Monitoring the IP reachability to the remote PE (for example, using IP Route-Watch) and, upon route failure, declare uplink failure for all associated service instances.<br>• LSP failure--Monitoring the LSP to a given remote PE (for example, using automated LSP-Ping) and, upon LSP failure, declare uplink failure for all associated service instances.<br>• PE isolation--Monitoring the physical core-facing interfaces of the PE. When all of these interfaces go down, the PE effectively becomes isolated from the core network, and the uplink failure is declared for all affected service instances.<br><br>As long as the IP/MPLS network employs native redundancy and resiliency mechanisms such as MPLS fast reroute (FRR), the mLACP solution is sufficient for providing protection against PE isolation. Pseudowire, LSP, and IP path failures are managed by the native IP/MPLS protection procedures. That is, interchassis failover via mLACP is triggered only when a PE is completely isolated from the core network, because native IP/MPLS protection mechanisms are rendered useless. Therefore, failure point E is used to denote PE isolation from the core network.<br><br>*Id*. at 10. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **mLACP Failover**<br>The mLACP forces a PoA failover to the standby PoA when one of the following failures occurs:<br>• Failure of the DHD uplink port, Ethernet link, or downlink port on the active PoA--A policy failover is triggered via a configured failover policy and is considered a forced failover. In Cisco IOS Release 12.2(33)SRE, the only option is the configured minimum bundle threshold. When the number of active and SELECTED links to the active PoA goes below the configured minimum threshold, mLACP forces a failover to the standby PoA's member links. This minimum threshold is configured using the **port-channel min-links** command in interface configuration mode. The PoAs determine the failover independent of the operational control variant in use.<br>• Failure of the active PoA--This failure is detected by the standby PoA. mLACP automatically fails over to standby because mLACP on the standby PoA is notified of failure via ICRM and brings up its local member links. In the DHD-controlled variant, this failure looks the same as a total member link failure, and the DHD activates the standby links.<br>• Failure of the active PoA uplinks--mLACP is notified by ICRM of PE isolation and relinquishes its active member links. This failure is a "forced failover" and is determined by the PoAs independent of the operational control variant in use.<br>• Dynamic Port Priority<br>• Revertive and Nonrevertive Modes<br>• Brute Force Shutdown<br>• Peer Monitoring with Interchassis Redundancy Manager<br>• MAC Flushing Mechanisms<br><br>*Id*. at 11-12. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Failure scenarios**<br>When the StackWise Virtual link is operating under normal, nonfailure scenarios, both switches are actively forwarding data traffic, while one of the switches has negotiated to become the active control plane.<br>**Active switch failure**<br>The SV standby switch can detect the failure of the SV active switch using one of the following methods:<br>• Redundancy framework heartbeats sent across the StackWise Virtual link<br>• StackWise discovery protocol<br>• Cisco Generic Online Diagnostics (GOLD) failure event<br>• Full StackWise Virtual link down<br>Upon detecting the failure of the active switch, the hot-standby switch performs an SSO switchover and assumes the role of the active switch.<br>*See e.g.*, Cisco Catalyst 9000 Platform StackWise Virtual at 27 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf)<br>**Figure 13.** Three main stages of a switchover event<br><br><br>*Id.* |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | The effect on the data path is illustrated in Figure 13, using three main stages. In Stage 1, the StackWise Virtual switch is operating under normal conditions with no failures. In Stage 2, the active switch fails. At this time, the standby switch transitions to the active role. Stage 3 depicts all of the traffic transitioned to the new active switch<br><br>During the transition, there is a disruption to the traffic that must transition away from the failed switch. The duration of this disruption is determined by the time required to transition the hot-standby switch to the role of active switch, and for the neighboring device to modify its path selection to the newly active switch. If the vast majority of interfaces in the StackWise Virtual domain are multichassis EtherChannel links, this data disruption should have minimal effect on the network, and the disruption will be in sub-seconds. Packets that are handled in the software path, however, will experience a slightly longer disruption. This failover should be similar to a typical SSO failure.<br><br>*Id*. at 28 |
| propagating failure information by the detecting node to each node of the other nodes of the plurality of network nodes traversed by the first set of links; | Cisco networking equipment perform the step of propagating failure information by the detecting node to each node of the other nodes of the plurality of network nodes traversed by the first set of links. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | When any of these faults occur, the system reacts by triggering a switchover from the active PoA to the standby PoA. The switchover involves failing over the PoA's uplinks and downlinks simultaneously.<br><br>Failure points A and C are port failures. Failure point B is an Ethernet link failure and failure point D is a node failure. Failure point E can represent one of four different types of uplink failures when the PoAs connect to an MPLS network:<br>• Pseudowire failure--Monitoring individual pseudowires (for example, using VCCV-BFD) and, upon a pseudowire failure, declare uplink failure for the associated service instances.<br>• Remote PE IP path failure--Monitoring the IP reachability to the remote PE (for example, using IP Route-Watch) and, upon route failure, declare uplink failure for all associated service instances.<br>• LSP failure--Monitoring the LSP to a given remote PE (for example, using automated LSP-Ping) and, upon LSP failure, declare uplink failure for all associated service instances.<br>• PE isolation--Monitoring the physical core-facing interfaces of the PE. When all of these interfaces go down, the PE effectively becomes isolated from the core network, and the uplink failure is declared for all affected service instances.<br><br>As long as the IP/MPLS network employs native redundancy and resiliency mechanisms such as MPLS fast reroute (FRR), the mLACP solution is sufficient for providing protection against PE isolation. Pseudowire, LSP, and IP path failures are managed by the native IP/MPLS protection procedures. That is, interchassis failover via mLACP is triggered only when a PE is completely isolated from the core network, because native IP/MPLS protection mechanisms are rendered useless. Therefore, failure point E is used to denote PE isolation from the core network.<br><br>*See e.g.*, Multichassis LACP at 10 (available at https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/cether/configuration/15-0s/ce-multichass-lacp.html). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **MAC Flushing Mechanisms**<br><br>When mLACP is used to provide multichassis redundancy in multipoint bridged services (for example, VPLS), there must be a MAC flushing notification mechanism in order to prevent potential traffic blackholing.<br><br>At the failover from a primary PoA to a secondary PoA, a service experiences traffic blackholing when the DHD in question remains inactive and while other remote devices in the network are attempting to send traffic to that DHD. Remote bridges in the network have stale MAC entries pointing to the failed PoA and direct traffic destined to the DHD to the failed PoA, where the traffic is dropped. This blackholing continues until the remote devices age out their stale MAC address table entries (which typically takes five minutes). To prevent this anomaly, the newly active PoA, which has taken control of the service, transmits a MAC flush notification message to the remote devices in the network to flush their stale MAC address entries for the service in question.<br><br>The exact format of the MAC flushing message depends on the nature of the network transport: native 802.1Q/802.1ad Ethernet, native 802.1ah Ethernet, VPLS, or provider backbone bridge (PBB) over VPLS. Furthermore, in the context of 802.1ah, it is important to recognize the difference between mechanisms used for customer-MAC (C-MAC) address flushing versus bridge-MAC (B-MAC) address flushing.<br><br>*Id*. at 14. |

<table>
<tr><th>Claim Element</th><th>Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches)</th></tr>
<tr><td></td><td>

**Multiple I-SID Registration Protocol**

Multiple I-SID Registration Protocol (MIRP) is enabled by default on 802.1ah service instances. The use of MIRP in 802.1ah networks is shown in the figure below.




Device DHD1 is dual-homed to two 802.1ah backbone edge bridges (BEB1 and BEB2). Assume that initially the primary path is through BEB1. In this configuration BEB3 learns that the host behind DHD1 (with MAC address CM1) is reachable via the destination B-MAC M1. If the link between DHD1 and BEB1 fails and the host behind DHD1 remains inactive, the MAC cache tables on BEB3 still refer to the BEB1 MAC address even though the new path is now via BEB2 with B-MAC address M2. Any bridged traffic destined from the host behind DHD2 to the host behind DHD1 is wrongfully encapsulated with B-MAC M1 and sent over the MAC tunnel to BEB1, where the traffic blackholes.

To circumvent the traffic blackholing problem when the link between DHD1 and BEB1 fails, BEB2 performs two tasks:

- Flushes its own MAC address table for the service or services in question.
- Transmits an MIRP message on its uplink to signal the far end BEB (BEB3) to flush its MAC address table. Note that the MIRP message is transparent to the backbone core bridges (BCBs). The MIRP message is processed on a BEB because only BCBs learn and forward based on B-MAC addresses and they are transparent to C-MAC addresses.

**Note**

MIRP triggers C-MAC address flushing for both native 802.1ah and PBB over VPLS.

*Id*. at 15.
</td></tr>
</table>

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
| --- | --- |
| | **mLACP Failover**<br>The mLACP forces a PoA failover to the standby PoA when one of the following failures occurs:<br>• Failure of the DHD uplink port, Ethernet link, or downlink port on the active PoA--A policy failover is triggered via a configured failover policy and is considered a forced failover. In Cisco IOS Release 12.2(33)SRE, the only option is the configured minimum bundle threshold. When the number of active and SELECTED links to the active PoA goes below the configured minimum threshold, mLACP forces a failover to the standby PoA's member links. This minimum threshold is configured using the **port-channel min-links** command in interface configuration mode. The PoAs determine the failover independent of the operational control variant in use.<br>• Failure of the active PoA--This failure is detected by the standby PoA. mLACP automatically fails over to standby because mLACP on the standby PoA is notified of failure via ICRM and brings up its local member links. In the DHD-controlled variant, this failure looks the same as a total member link failure, and the DHD activates the standby links.<br>• Failure of the active PoA uplinks--mLACP is notified by ICRM of PE isolation and relinquishes its active member links. This failure is a "forced failover" and is determined by the PoAs independent of the operational control variant in use.<br>• Dynamic Port Priority<br>• Revertive and Nonrevertive Modes<br>• Brute Force Shutdown<br>• Peer Monitoring with Interchassis Redundancy Manager<br>• MAC Flushing Mechanisms<br><br>*Id*. at 11-12. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **MAC Flushing Mechanisms**<br><br>When mLACP is used to provide multichassis redundancy in multipoint bridged services (for example, VPLS), there must be a MAC flushing notification mechanism in order to prevent potential traffic blackholing.<br><br>At the failover from a primary PoA to a secondary PoA, a service experiences traffic blackholing when the DHD in question remains inactive and while other remote devices in the network are attempting to send traffic to that DHD. Remote bridges in the network have stale MAC entries pointing to the failed PoA and direct traffic destined to the DHD to the failed PoA, where the traffic is dropped. This blackholing continues until the remote devices age out their stale MAC address table entries (which typically takes five minutes). To prevent this anomaly, the newly active PoA, which has taken control of the service, transmits a MAC flush notification message to the remote devices in the network to flush their stale MAC address entries for the service in question.<br><br>The exact format of the MAC flushing message depends on the nature of the network transport: native 802.1Q/802.1ad Ethernet, native 802.1ah Ethernet, VPLS, or provider backbone bridge (PBB) over VPLS. Furthermore, in the context of 802.1ah, it is important to recognize the difference between mechanisms used for customer-MAC (C-MAC) address flushing versus bridge-MAC (B-MAC) address flushing.<br><br>*Id*. at 14. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Multiple I-SID Registration Protocol**<br><br>Multiple I-SID Registration Protocol (MIRP) is enabled by default on 802.1ah service instances. The use of MIRP in 802.1ah networks is shown in the figure below.<br><br><br><br>Device DHD1 is dual-homed to two 802.1ah backbone edge bridges (BEB1 and BEB2). Assume that initially the primary path is through BEB1. In this configuration BEB3 learns that the host behind DHD1 (with MAC address CM1) is reachable via the destination B-MAC M1. If the link between DHD1 and BEB1 fails and the host behind DHD1 remains inactive, the MAC cache tables on BEB3 still refer to the BEB1 MAC address even though the new path is now via BEB2 with B-MAC address M2. Any bridged traffic destined from the host behind DHD2 to the host behind DHD1 is wrongfully encapsulated with B-MAC M1 and sent over the MAC tunnel to BEB1, where the traffic blackholes.<br><br>To circumvent the traffic blackholing problem when the link between DHD1 and BEB1 fails, BEB2 performs two tasks:<br><br>• Flushes its own MAC address table for the service or services in question.<br>• Transmits an MIRP message on its uplink to signal the far end BEB (BEB3) to flush its MAC address table. Note that the MIRP message is transparent to the backbone core bridges (BCBs). The MIRP message is processed on a BEB because only BCBs learn and forward based on B-MAC addresses and they are transparent to C-MAC addresses.<br><br>**Note**<br>MIRP triggers C-MAC address flushing for both native 802.1ah and PBB over VPLS.<br><br>*Id*. at 15. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **LDP MAC Address Withdraw**<br><br>When the mLACP feature is used for PE redundancy in traditional VPLS (that is, not PBB over VPLS), the MAC flushing mechanism is based on the LDP MAC Address Withdraw message as defined in RFC 4762.<br><br>The required functional behavior is as follows: Upon a failover from the primary PoA to the standby PoA, the standby PoA flushes its local MAC address table for the affected services and generates the LDP MAC Address Withdraw messages to notify the remote PEs to flush their own MAC address tables. One message is generated for each pseudowire in the affected virtual forwarding instances (VFIs).<br><br>*Id*. at 16.<br><br>**Fast Hello detection**<br><br>Fast Hello detection requires a dedicated Layer 2 connection, and you can configure up to four non StackWise Virtual links. When the SVL fails, the standby becomes the new active and then sends a recovery message over the fast hello link to the old active switch, Upon receiving the recovery message from the new active, it goes in to recovery mode and error disables its ports and its management interface.<br><br>The two switches will exchange messages only during the initial setup and StackWise Virtual Link failure. When the StackWise Virtual link fails, standby becomes active and then it send the recovery message is sent from the standby causing it to become the new active and the active upon receiving the message transitions in to recovery mode disabling all its downlink and uplink ports. Fast Hello packets are no longer received on each switch, thus indicating that a dual- active scenario has occurred (Figure 18).<br><br>*See e.g.*, Cisco Catalyst 9000 Platform StackWise Virtual at 31 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf) |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | Figure 18. Dual-active detection using Fast Hello   *Id*. at 32 |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Figure 19.** Dual-active detection mechanisms<br><br>The result of this detection is that the SV standby switch (switch 2) always transitions to become an active virtual switch, and the SV active switch (switch 1) always enters into recovery mode.<br>Upon the detection of the StackWise Virtual link going down on switch 2, the switch will immediately transmit a PAgP message on all port channels enabled for Enhanced PAgP dual-active detection, with a Type-Length-Value (TLV) containing its own active ID, which is 2. When the access switch receives this PAgP message on any member of the port channel, it detects that it has received a new active ID value, and considers such a change as an indication that it should consider switch 2 to be the new active switch. In turn, the access switch modifies its local active ID value to 2 and immediately sends a message to both switches on all members of the port channel with the new active ID of 2 to indicate that it now considers switch 2 to be the active switch.<br>From this point onward, the access switch sends TLVs containing active ID = 2 to the switches in all its regularly scheduled PAgP messages.<br>*Id*. at 33. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | |
| for each node of the other nodes of the plurality of network nodes traversed by the first set of links: receiving the failure information; and | Cisco networking equipment perform the step of for each node of the other nodes of the plurality of network nodes traversed by the first set of links: receiving the failure information.<br><br>**mLACP Failover**<br>The mLACP forces a PoA failover to the standby PoA when one of the following failures occurs:<br>• Failure of the DHD uplink port, Ethernet link, or downlink port on the active PoA--A policy failover is triggered via a configured failover policy and is considered a forced failover. In Cisco IOS Release 12.2(33)SRE, the only option is the configured minimum bundle threshold. When the number of active and SELECTED links to the active PoA goes below the configured minimum threshold, mLACP forces a failover to the standby PoA's member links. This minimum threshold is configured using the **port-channel min-links** command in interface configuration mode. The PoAs determine the failover independent of the operational control variant in use.<br>• Failure of the active PoA--This failure is detected by the standby PoA. mLACP automatically fails over to standby because mLACP on the standby PoA is notified of failure via ICRM and brings up its local member links. In the DHD-controlled variant, this failure looks the same as a total member link failure, and the DHD activates the standby links.<br>• Failure of the active PoA uplinks--mLACP is notified by ICRM of PE isolation and relinquishes its active member links. This failure is a "forced failover" and is determined by the PoAs independent of the operational control variant in use.<br>• Dynamic Port Priority<br>• Revertive and Nonrevertive Modes<br>• Brute Force Shutdown<br>• Peer Monitoring with Interchassis Redundancy Manager<br>• MAC Flushing Mechanisms<br><br>*See e.g.*, Multichassis LACP at 11-12 (available at https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/cether/configuration/15-0s/ce-multichass-lacp.html). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Peer Monitoring with Interchassis Redundancy Manager**<br><br>There are two ways in which a peer can be monitored with Interchassis Redundancy Manager (ICRM):<br>• Routewatch (RW)--This method is the default.<br>• Bidirectional Forwarding Detection (BFD)--You must configure the redundancy group with the **monitor peer bfd** command.<br><br>*Id*. at 13.<br><br>**MAC Flushing Mechanisms**<br><br>When mLACP is used to provide multichassis redundancy in multipoint bridged services (for example, VPLS), there must be a MAC flushing notification mechanism in order to prevent potential traffic blackholing.<br><br>At the failover from a primary PoA to a secondary PoA, a service experiences traffic blackholing when the DHD in question remains inactive and while other remote devices in the network are attempting to send traffic to that DHD. Remote bridges in the network have stale MAC entries pointing to the failed PoA and direct traffic destined to the DHD to the failed PoA, where the traffic is dropped. This blackholing continues until the remote devices age out their stale MAC address table entries (which typically takes five minutes). To prevent this anomaly, the newly active PoA, which has taken control of the service, transmits a MAC flush notification message to the remote devices in the network to flush their stale MAC address entries for the service in question.<br><br>The exact format of the MAC flushing message depends on the nature of the network transport: native 802.1Q/802.1ad Ethernet, native 802.1ah Ethernet, VPLS, or provider backbone bridge (PBB) over VPLS. Furthermore, in the context of 802.1ah, it is important to recognize the difference between mechanisms used for customer-MAC (C-MAC) address flushing versus bridge-MAC (B-MAC) address flushing.<br><br>*Id*. at 14. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **LDP MAC Address Withdraw**<br><br>When the mLACP feature is used for PE redundancy in traditional VPLS (that is, not PBB over VPLS), the MAC flushing mechanism is based on the LDP MAC Address Withdraw message as defined in RFC 4762.<br><br>The required functional behavior is as follows: Upon a failover from the primary PoA to the standby PoA, the standby PoA flushes its local MAC address table for the affected services and generates the LDP MAC Address Withdraw messages to notify the remote PEs to flush their own MAC address tables. One message is generated for each pseudowire in the affected virtual forwarding instances (VFIs).<br><br>*Id*. at 16.<br><br>**Fast Hello detection**<br><br>Fast Hello detection requires a dedicated Layer 2 connection, and you can configure up to four non StackWise Virtual links. When the SVL fails, the standby becomes the new active and then sends a recovery message over the fast hello link to the old active switch, Upon receiving the recovery message from the new active, it goes in to recovery mode and error disables its ports and its management interface.<br><br>The two switches will exchange messages only during the initial setup and StackWise Virtual Link failure. When the StackWise Virtual link fails, standby becomes active and then it send the recovery message is sent from the standby causing it to become the new active and the active upon receiving the message transitions in to recovery mode disabling all its downlink and uplink ports. Fast Hello packets are no longer received on each switch, thus indicating that a dual- active scenario has occurred (Figure 18).<br><br>*See e.g.*, Cisco Catalyst 9000 Platform StackWise Virtual at 31 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf) |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
| --- | --- |
| | **Figure 18.** Dual-active detection using Fast Hello   *Id*. at 32 |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Figure 19.** Dual-active detection mechanisms   The result of this detection is that the SV standby switch (switch 2) always transitions to become an active virtual switch, and the SV active switch (switch 1) always enters into recovery mode.<br><br>Upon the detection of the StackWise Virtual link going down on switch 2, the switch will immediately transmit a PAgP message on all port channels enabled for Enhanced PAgP dual-active detection, with a Type-Length-Value (TLV) containing its own active ID, which is 2. When the access switch receives this PAgP message on any member of the port channel, it detects that it has received a new active ID value, and considers such a change as an indication that it should consider switch 2 to be the new active switch. In turn, the access switch modifies its local active ID value to 2 and immediately sends a message to both switches on all members of the port channel with the new active ID of 2 to indicate that it now considers switch 2 to be the active switch.<br><br>From this point onward, the access switch sends TLVs containing active ID = 2 to the switches in all its regularly scheduled PAgP messages.<br><br>*Id.* at 33. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | |
| deactivating a physical layer of the first set of links connected thereto, thereby causing a loss of connectivity in the first set of links; and | Cisco networking equipment perform the step of deactivating a physical layer of the first set of links connected thereto, thereby causing a loss of connectivity in the first set of links.<br><br>**mLACP Failover**<br>The mLACP forces a PoA failover to the standby PoA when one of the following failures occurs:<br>• Failure of the DHD uplink port, Ethernet link, or downlink port on the active PoA--A policy failover is triggered via a configured failover policy and is considered a forced failover. In Cisco IOS Release 12.2(33)SRE, the only option is the configured minimum bundle threshold. When the number of active and SELECTED links to the active PoA goes below the configured minimum threshold, mLACP forces a failover to the standby PoA's member links. This minimum threshold is configured using the **port-channel min-links** command in interface configuration mode. The PoAs determine the failover independent of the operational control variant in use.<br>• Failure of the active PoA--This failure is detected by the standby PoA. mLACP automatically fails over to standby because mLACP on the standby PoA is notified of failure via ICRM and brings up its local member links. In the DHD-controlled variant, this failure looks the same as a total member link failure, and the DHD activates the standby links.<br>• Failure of the active PoA uplinks--mLACP is notified by ICRM of PE isolation and relinquishes its active member links. This failure is a "forced failover" and is determined by the PoAs independent of the operational control variant in use.<br>• Dynamic Port Priority<br>• Revertive and Nonrevertive Modes<br>• Brute Force Shutdown<br>• Peer Monitoring with Interchassis Redundancy Manager<br>• MAC Flushing Mechanisms<br><br>*See e.g.*, Multichassis LACP at 11-12 (available at https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/cether/configuration/15-0s/ce-multichass-lacp.html). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Dynamic Port Priority**<br><br>The default failover mechanism uses dynamic port priority changes on the local member links to force the LACP selection logic to move the required standby link(s) to the SELECTED and Collecting_Distributing state. This state change occurs when the LACP actor port priority values for all affected member links on the currently active PoA are changed to a higher numeric value than the standby PoA's port priority (which gives the standby PoA ports a higher claim to bundle links). Changing the actor port priority triggers the transmission of an mLACP Port Config Type-Length-Value (TLV) message to all peers in the redundancy group. These messages also serve as notification to the standby PoA(s) that the currently active PoA is attempting to relinquish its role. The LACP then transitions the standby link(s) to the SELECTED state and moves all the currently active links to STANDBY.<br><br>*Id*. at 12.<br><br>**Action upon dual-active detection**<br>Upon detecting the dual-active condition, the original active switch enters into recovery mode and brings down all of its interfaces except the StackWise Virtual link and management interfaces. This effectively removes the device from the network.<br><br>*See e.g.*, Cisco Catalyst 9000 Platform StackWise Virtual at 33 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf) |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Fast Hello detection**<br><br>Fast Hello detection requires a dedicated Layer 2 connection, and you can configure up to four non StackWise Virtual links. When the SVL fails, the standby becomes the new active and then sends a recovery message over the fast hello link to the old active switch, Upon receiving the recovery message from the new active, it goes in to recovery mode and error disables its ports and its management interface.<br><br>The two switches will exchange messages only during the initial setup and StackWise Virtual Link failure. When the StackWise Virtual link fails, standby becomes active and then it send the recovery message is sent from the standby causing it to become the new active and the active upon receiving the message transitions in to recovery mode disabling all its downlink and uplink ports. Fast Hello packets are no longer received on each switch, thus indicating that a dual- active scenario has occurred (Figure 18).<br><br>*Id*. at 31 |

Claim Chart for U.S. Patent No. 8,199,637 | Claim 1 | Cisco

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Figure 19.** Dual-active detection mechanisms  <br>The result of this detection is that the SV standby switch (switch 2) always transitions to become an active virtual switch, and the SV active switch (switch 1) always enters into recovery mode.<br><br>Upon the detection of the StackWise Virtual link going down on switch 2, the switch will immediately transmit a PAgP message on all port channels enabled for Enhanced PAgP dual-active detection, with a Type-Length-Value (TLV) containing its own active ID, which is 2. When the access switch receives this PAgP message on any member of the port channel, it detects that it has received a new active ID value, and considers such a change as an indication that it should consider switch 2 to be the new active switch. In turn, the access switch modifies its local active ID value to 2 and immediately sends a message to both switches on all members of the port channel with the new active ID of 2 to indicate that it now considers switch 2 to be the active switch.<br><br>From this point onward, the access switch sends TLVs containing active ID = 2 to the switches in all its regularly scheduled PAgP messages.<br><br>*Id.* at 33. |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | |
| responsively to sensing the loss of connectivity, resuming the communication service over the second instance by automatically transferring communication among the endpoints to the second set of links. | Cisco networking equipment perform the step of responsively to sensing the loss of connectivity, resuming the communication service over the second instance by automatically transferring communication among the endpoints to the second set of links.<br><br>**Dynamic Port Priority**<br><br>The default failover mechanism uses dynamic port priority changes on the local member links to force the LACP selection logic to move the required standby link(s) to the SELECTED and Collecting_Distributing state. This state change occurs when the LACP actor port priority values for all affected member links on the currently active PoA are changed to a higher numeric value than the standby PoA's port priority (which gives the standby PoA ports a higher claim to bundle links). Changing the actor port priority triggers the transmission of an mLACP Port Config Type-Length-Value (TLV) message to all peers in the redundancy group. These messages also serve as notification to the standby PoA(s) that the currently active PoA is attempting to relinquish its role. The LACP then transitions the standby link(s) to the SELECTED state and moves all the currently active links to STANDBY.<br><br>*See e.g.*, Multichassis LACP at 12 (available at https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/cether/configuration/15-0s/ce-multichass-lacp.html). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | Failure Cases<br>MC-LAG provides redundancy, switching traffic to the unaffected POA while presenting an unchanged bundle interface to the DHD, for these failure events:<br>• Link failure: A port or link between the DHD and one of the POAs fails.<br>• Device failure: Meltdown or reload of one of the POAs, with total loss of connectivity (to the DHD, the core and the other POA).<br>• Core isolation: A POA loses its connectivity to the core network, and therefore is of no value, being unable to forward traffic to or from the DHD.<br>A loss of connectivity between the POAs leads both devices to assume that the other has experienced device failure, causing them to attempt to take on the Active role. This is known as a split brain scenario and can happen in either of the following cases:<br>• All other connectivity remains; only the link between POAs is lost.<br>• One POA is isolated from the core network (i.e. a core isolation scenario where the connection between the two POAs was over the core network).<br>MC-LAG by itself does not provide a means to avoid this situation; resiliency in the connection between the POAs is a requirement. The DHD is given the responsibility of mitigating the problem by setting a limit on the number of links, within the bundle, that can be active. As such only the links connected to one of the POAs can be active at any one point of time.<br><br>*See e.g.*, Interface and Hardware Component Configuration Guide for Cisco ASR 9000 Series Routers, IOS XR Release 7.11.x at 10 (available at https://www.cisco.com/c/en/us/td/docs/routers/asr9000/software/711x/interfaces/configuration/guide/b-interfaces-hardware-component-cg-asr9000-711x/configuring-link-bundling.html). |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Active switch failure**<br>The SV standby switch can detect the failure of the SV active switch using one of the following methods:<br>• Redundancy framework heartbeats sent across the StackWise Virtual link<br>• StackWise discovery protocol<br>• Cisco Generic Online Diagnostics (GOLD) failure event<br>• Full StackWise Virtual link down<br>Upon detecting the failure of the active switch, the hot-standby switch performs an SSO switchover and assumes the role of the active switch.<br>**Figure 13.** Three main stages of a switchover event<br><br>*See e.g.*, Cisco Catalyst 9000 Platform StackWise Virtual at 27 (available at https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf) |

| Claim Element | Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches) |
|---|---|
| | **Figure 19.** Dual-active detection mechanisms<br><br><br>The result of this detection is that the SV standby switch (switch 2) always transitions to become an active virtual switch, and the SV active switch (switch 1) always enters into recovery mode.<br><br>Upon the detection of the StackWise Virtual link going down on switch 2, the switch will immediately transmit a PAgP message on all port channels enabled for Enhanced PAgP dual-active detection, with a Type-Length-Value (TLV) containing its own active ID, which is 2. When the access switch receives this PAgP message on any member of the port channel, it detects that it has received a new active ID value, and considers such a change as an indication that it should consider switch 2 to be the new active switch. In turn, the access switch modifies its local active ID value to 2 and immediately sends a message to both switches on all members of the port channel with the new active ID of 2 to indicate that it now considers switch 2 to be the active switch.<br><br>From this point onward, the access switch sends TLVs containing active ID = 2 to the switches in all its regularly scheduled PAgP messages.<br><br>*Id.* at 33 |

<table>
<tr><th>Claim Element</th><th>Cisco Networking Equipment (e.g., Cisco ASR 9000 Series Aggregation Services Routers and Cisco Catalyst 9000 Switches)</th></tr>
<tr><td></td><td>
Fast Hello detection<br><br>
Fast Hello detection requires a dedicated Layer 2 connection, and you can configure up to four non StackWise Virtual links. When the SVL fails, the standby becomes the new active and then sends a recovery message over the fast hello link to the old active switch, Upon receiving the recovery message from the new active, it goes in to recovery mode and error disables its ports and its management interface.<br><br>
The two switches will exchange messages only during the initial setup and StackWise Virtual Link failure. When the StackWise Virtual link fails, standby becomes active and then it send the recovery message is sent from the standby causing it to become the new active and the active upon receiving the message transitions in to recovery mode disabling all its downlink and uplink ports. Fast Hello packets are no longer received on each switch, thus indicating that a dual- active scenario has occurred (Figure 18).<br><br>
Id. at 31<br><br>
Figure 18. Dual-active detection using Fast Hello<br>

<br>
Id. at 32
</td></tr>
</table>